# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUPONS, INC., | ) |
| | ) |
|     Plaintiff(s), | ) |
| | ) |
| vs. | )   Case No. 06-cv-00142-HHK |
| | ) |
| ELLEN A. EFROS et al, | ) |
| | ) |
|     Defendant(s). | ) |

## NOTICE REGARDING COURT FILE

The original file, certified copy of transfer order, and docket sheet received from the U.S. District Court for the Northern District of California-San Jose is in paper form only and is being maintained in the in the Clerk's office. The NDCA-San Jose Case Number is 05cv3491. These documents will be available for public viewing and copying between the hours of 9:00 a.m. to 4:00 p.m., Monday through Friday.

                                                  NANCY MAYER-WHITTINGTON, CLERK

Date: January 30, 2006