ADRMOP, CLOSED, E-Filing

## U.S. District Court
## California Northern District (San Jose)
## CIVIL DOCKET FOR CASE #: 5:05-cv-03491-JF
## Internal Use Only

I hereby certify that the annexed instrument is a true and correct copy of the original issued in my office. ATTEST ISSUED:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By: _____
Deputy Clerk
Date: 1/11/06

Coupons, Inc. v. Efros, Esq et al
Assigned to: Hon. Jeremy Fogel
Referred to: Hon. Patricia V. Trumbull
Cause: 28:1441 Petition for Removal

Date Filed: 08/29/2005
Jury Demand: Defendant
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Coupons, Inc.**                 represented by   **Neil A. Goteiner**
Farella Braun & Martel LLP
235 Montgomery Street
30th Floor
San Francisco, CA 94104
415-954-4400
Fax: 415-4480
Email: ngoteiner@fbm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dennis M. Cusack**
Farella Braun & Martel LLP
235 Montgomery Street
30th Floor
San Francisco, CA 94104
415-954-4400
Fax: 415-954-4480
Email: dcusack@fbm.com
*ATTORNEY TO BE NOTICED*

**Louise Anne Warren**
Farella Braun & Martel LLP
235 Montgomery Street
30th Floor
San Francisco, CA 94104
415-954-4997
Fax: 415-954-4480
Email: lwarren@fbm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Ellen A Efros, Esq**　　　　　　　　　represented by **Leila Narvid**
　　　　　　　　　　　　　　　　　　　　　Sedgwick Detert Moran & Arnold LLP
　　　　　　　　　　　　　　　　　　　　　One Market Plaza
　　　　　　　　　　　　　　　　　　　　　Steuart Tower, 8th Floor
　　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94105
　　　　　　　　　　　　　　　　　　　　　415-627-3411
　　　　　　　　　　　　　　　　　　　　　Fax: 415-781-2635
　　　　　　　　　　　　　　　　　　　　　Email: leila.narvid@sdma.com
　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　**Mark J. Hancock**
　　　　　　　　　　　　　　　　　　　　　Sedgwick Detert Moran & Arnold LLP
　　　　　　　　　　　　　　　　　　　　　One Market Plaza
　　　　　　　　　　　　　　　　　　　　　Steuart Tower, 8th Floor
　　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94105
　　　　　　　　　　　　　　　　　　　　　415-781-7900
　　　　　　　　　　　　　　　　　　　　　Fax: 415-781-2635
　　　　　　　　　　　　　　　　　　　　　Email: mark.hancock@sdma.com
　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　**Steven D. Wasserman**
　　　　　　　　　　　　　　　　　　　　　Sedgwick Detert Moran & Arnold
　　　　　　　　　　　　　　　　　　　　　One Embarcadero Center
　　　　　　　　　　　　　　　　　　　　　16th Floor
　　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94111-3628
　　　　　　　　　　　　　　　　　　　　　415-781-7900
　　　　　　　　　　　　　　　　　　　　　Fax: 415-781-2635
　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Defendant**
**Ronald P Kananen. Esq**　　　　　　　represented by **Leila Narvid**
　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　**Mark J. Hancock**
　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　**Steven D. Wasserman**
　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

**Defendant**
**Rader, Fishman, & Grauer, PLLC**　　represented by **Leila Narvid**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark J. Hancock**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven D. Wasserman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/29/2005 | 1 | NOTICE OF REMOVAL (NO PROCESS); jury demand; from Superior Court of California, Santa Clara County. Their case number is 105CV045895. (Filing fee $250 receipt number 3375024). Filed by Rader, Fishman, & Grauer, PLLC, Ellen A Efros, Esq, Ronald P Kananen. Esq. (bw, COURT STAFF) (Filed on 8/30/2005) Additional attachment(s) added on 8/31/2005 (bw, COURT STAFF). (Entered: 08/30/2005) |
| 08/29/2005 | 2 | ADR SCHEDULING ORDER: Case Management Statement due by 12/20/2005. Case Management Conference set for 12/27/2005 02:00 PM. (bw, COURT STAFF) (Filed on 8/29/2005) Additional attachment(s) added on 8/30/2005 (bw, COURT STAFF). (Entered: 08/30/2005) |
| 08/29/2005 |  | CASE DESIGNATED for Electronic Filing. (bw, COURT STAFF) (Filed on 8/29/2005) (Entered: 08/30/2005) |
| 08/31/2005 | 3 | CERTIFICATE OF SERVICE by Rader, Fishman, & Grauer, PLLC, Ellen A Efros, Esq, Ronald P Kananen. Esq re 1 Notice of Removal,, 2 ADR Scheduling Order *served to Coupons, Inc.* (bw, COURT STAFF) (Filed on 8/31/2005) Additional attachment(s) added on 8/31/2005 (bw, COURT STAFF). (Entered: 08/31/2005) |
| 09/01/2005 | 4 | Declination to Proceed Before a U.S. Magistrate Judge by Rader, Fishman, & Grauer, PLLC, Ellen A Efros, Esq, Ronald P Kananen. Esq. (Narvid, Leila) (Filed on 9/1/2005) (Entered: 09/01/2005) |
| 09/02/2005 | 5 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (cm, COURT STAFF) (Filed on 9/2/2005) (Entered: 09/02/2005) |
| 09/02/2005 |  | Set/Reset Hearings: Case Management Conference set for 1/6/2006 10:30 AM before Honorable Jeremy Fogel. (cm, COURT STAFF) (Filed on 9/2/2005) (Entered: 09/02/2005) |
| 09/02/2005 | 6 | ORDER REASSIGNING CASE. Case reassigned to Judge Jeremy Fogel for all further proceedings. Magistrate Judge Patricia V Trumbull remains as the referral judge. Signed by Executive Committee on September 2, 2005. (bw, COURT STAFF) (Filed on 9/2/2005) (Entered: 09/02/2005) |

| | | |
|---|---|---|
| 09/02/2005 | | Remark Clerk mailed copy of Reassignment Order to all parties of record. (bw, COURT STAFF) (Filed on 9/2/2005) (Entered: 09/02/2005) |
| 09/06/2005 | 7 | MOTION to Dismiss for Lack of Jurisdiction *and for Improper Venue* filed by Rader, Fishman, & Grauer, PLLC, Ellen A Efros, Esq, Ronald P Kananen. Esq. Motion Hearing set for 11/4/2005 09:00 AM in Courtroom 3, 5th Floor, San Jose. (Hancock, Mark) (Filed on 9/6/2005) (Entered: 09/06/2005) |
| 09/06/2005 | 8 | Declaration of Ellen Efros in Support of 7 MOTION to Dismiss for Lack of Jurisdiction *and for Improper Venue* filed byRader, Fishman, & Grauer, PLLC, Ellen A Efros, Esq, Ronald P Kananen. Esq. (Related document(s)7) (Hancock, Mark) (Filed on 9/6/2005) (Entered: 09/06/2005) |
| 09/06/2005 | 9 | Declaration of Ronald P. Kananen in Support of 7 MOTION to Dismiss for Lack of Jurisdiction *and for Improper Venue* filed byRader, Fishman, & Grauer, PLLC, Ellen A Efros, Esq, Ronald P Kananen. Esq. (Related document(s)7) (Hancock, Mark) (Filed on 9/6/2005) (Entered: 09/06/2005) |
| 09/06/2005 | 10 | Declaration of Terrance Rader in Support of 7 MOTION to Dismiss for Lack of Jurisdiction *and for Improper Venue* filed byRader, Fishman, & Grauer, PLLC, Ellen A Efros, Esq, Ronald P Kananen. Esq. (Related document(s)7) (Hancock, Mark) (Filed on 9/6/2005) (Entered: 09/06/2005) |
| 09/19/2005 | 11 | CLERK'S NOTICE Case Management Conference set for Friday, 1/6/2006 at 10:30 AM. (dlm, COURT STAFF) (Filed on 9/19/2005) (Entered: 09/19/2005) |
| 10/11/2005 | 12 | STIPULATION *and [Proposed] Order to Extend Briefing Schedule for Defendants' Motion to Dismiss or to Transfer* by Coupons, Inc.. (Warren, Louise) (Filed on 10/11/2005) (Entered: 10/11/2005) |
| 10/13/2005 | 13 | STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE. Signed by Judge Jeremy Fogel on 10/12/05. (jfsec, COURT STAFF) (Filed on 10/13/2005) (Entered: 10/13/2005) |
| 10/14/2005 | 14 | NOTICE of Change of Address by Leila Narvid (Narvid, Leila) (Filed on 10/14/2005) (Entered: 10/14/2005) |
| 10/21/2005 | 15 | Memorandum in Opposition re 7 MOTION to Dismiss for Lack of Jurisdiction *and for Improper Venue Alternatively to Transfer for Improper Venue, or to Transfer Venue for Convenience* filed byCoupons, Inc.. (Warren, Louise) (Filed on 10/21/2005) (Entered: 10/21/2005) |
| 10/21/2005 | 16 | Declaration of Louise A. Warren in Support of 15 Memorandum in Opposition, filed byCoupons, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G)(Related document(s)15) (Warren, Louise) (Filed on 10/21/2005) (Entered: 10/21/2005) |
| 10/21/2005 | 17 | Declaration of Steven Boal in Support of 15 Memorandum in Opposition, filed byCoupons, Inc.. (Related document(s)15) (Warren, Louise) (Filed on 10/21/2005) (Entered: 10/21/2005) |
| 10/21/2005 | 18 | Declaration of Frank Serafin in Support of 15 Memorandum in Opposition, filed byCoupons, Inc.. (Related document(s)15) (Warren, Louise) (Filed on 10/21/2005) (Entered: 10/21/2005) |
| 10/21/2005 | 19 | Declaration of Larry L. Shatzer in Support of 15 Memorandum in Opposition, |

| | | |
|---|---|---|
| | | filed byCoupons, Inc.. (Related document(s)15) (Warren, Louise) (Filed on 10/21/2005) (Entered: 10/21/2005) |
| 10/21/2005 | 20 | Declaration of Jeffrey Weitzman in Support of 15 Memorandum in Opposition, filed byCoupons, Inc.. (Related document(s)15) (Warren, Louise) (Filed on 10/21/2005) (Entered: 10/21/2005) |
| 10/28/2005 | 21 | Reply Memorandum *in Support of Motion of Defendants Ellen A. Efros, Esq., Ronald P. Kananen, Esq., and Rader, Fishman & Grauer, PLLC: (A) To Dismiss for Lack of Personal Jurisdiction and for Improper Venue, (B) Alternatively, to Transfer for Improper Venue or, (C) Alternatively, to Transfer Venue for Convenience* filed byRader, Fishman, & Grauer, PLLC, Ellen A Efros, Esq, Ronald P Kananen. Esq. (Attachments: # 1 Exhibit Exhibit 1 to Reply)(Hancock, Mark) (Filed on 10/28/2005) (Entered: 10/28/2005) |
| 10/28/2005 | 22 | MEMORANDUM in Support *Defendant's Objections to Evidence Submitted by Plaintiff in Opposition to Defendants' Motion: (A) to Dismiss for Lack of Personal Jurisdiction and for Improper Venue, (B) Alternatively, to Transfer for Improper Venue or, (C) Alternatively, to Transfer Venue for Convenience* filed byRader, Fishman, & Grauer, PLLC, Ellen A Efros, Esq, Ronald P Kananen. Esq. (Hancock, Mark) (Filed on 10/28/2005) (Entered: 10/28/2005) |
| 10/28/2005 | 23 | Declaration of ELLEN A. EFROS *Supplemental Declaration of Ellen A. Efros in Support of Defendants' Motion: (A) to Dismiss for Lack of Personal Jurisdiction and for Improper Venue, (B) Alternatively, to Transfer for Improper Venue or (C) Alternatively, to Transfer for Convenience* filed byRader, Fishman, & Grauer, PLLC, Ellen A Efros, Esq, Ronald P Kananen. Esq. (Hancock, Mark) (Filed on 10/28/2005) (Entered: 10/28/2005) |
| 11/07/2005 | 24 | Minute Entry: Motion to Dismiss hearing held on 11/4/2005 before Judge Jeremy Fogel. Motion is taken under submission (Date Filed: 11/7/2005). (Court Reporter Peter Torreano.) (dlm, COURT STAFF) (Date Filed: 11/7/2005) (Entered: 11/07/2005) |
| 12/02/2005 | 25 | MOTION for Leave to File *First Amended Complaint and to Remand* filed by Coupons, Inc.. Motion Hearing set for 1/6/2006 09:00 AM in Courtroom 3, 17th Floor, San Francisco. (Attachments: # 1 Proposed Order)(Goteiner, Neil) (Filed on 12/2/2005) (Entered: 12/02/2005) |
| 12/02/2005 | 26 | Declaration of Neil A. Goteiner in Support of 25 MOTION for Leave to File *First Amended Complaint and to Remand* filed byCoupons, Inc.. (Related document(s)25) (Goteiner, Neil) (Filed on 12/2/2005) (Entered: 12/02/2005) |
| 12/02/2005 | 27 | MEMORANDUM in Support re 25 MOTION for Leave to File *First Amended Complaint and to Remand* filed byCoupons, Inc.. (Attachments: # 1 Exhibit 1)(Related document(s)25) (Goteiner, Neil) (Filed on 12/2/2005) (Entered: 12/02/2005) |
| 12/09/2005 | 28 | Memorandum in Opposition *OPPOSITION OF DEFENDANTS ELLEN A. EFROS, ESQ., RONALD P. KANANEN, ESQ., AND RADER, FISHMAN & GRAUER, PLLC TO COUPONS' MOTION FOR LEAVE TO AMEND ITS COMPLAINT AND TO REMAND* filed byRader, Fishman, & Grauer, PLLC, Ellen A Efros, Esq, Ronald P Kananen. Esq. (Hancock, Mark) (Filed on 12/9/2005) (Entered: 12/09/2005) |

| | | |
|---|---|---|
| 12/09/2005 | ●29 | DECLARATION of MARK J. HANCOCK, ESQ. *IN OPPOSITION TO COUPONS' MOTION FOR LEAVE TO AMEND ITS COMPLAINT AND TO REMAND* filed byRader, Fishman, & Grauer, PLLC, Ellen A Efros, Esq, Ronald P Kananen. Esq. (Hancock, Mark) (Filed on 12/9/2005) (Entered: 12/09/2005) |
| 12/14/2005 | ●30 | Administrative ORDER.(jflc1, COURT STAFF) (Filed on 12/14/2005) (Entered: 12/14/2005) |
| 12/15/2005 | ●31 | STIPULATION *FOR ORDER GRANTING RELIEF FROM CASE MANAGEMENT SCHEDULE* by Rader, Fishman, & Grauer, PLLC, Ellen A Efros, Esq, Ronald P Kananen. Esq. (Hancock, Mark) (Filed on 12/15/2005) (Entered: 12/15/2005) |
| 12/15/2005 | ●32 | Proposed Order *GRANTING RELIEF FROM CASE MANAGEMENT SCHEDULE* by Rader, Fishman, & Grauer, PLLC, Ellen A Efros, Esq, Ronald P Kananen. Esq. (Hancock, Mark) (Filed on 12/15/2005) (Entered: 12/15/2005) |
| 12/21/2005 | ●33 | ORDER GRANTING re 31 RELIEF FROM CASE MANAGEMENT SCHEDULE and vacating Case Management Conference scheduled for January 6, 2006. Signed by Judge Jeremy Fogel on 12/16/05. (dlm, COURT STAFF) (Filed on 12/21/2005) (Entered: 12/21/2005) |
| 01/05/2006 | ●34 | ORDER by Judge Jeremy Fogel denying 7 Motion to Dismiss for Lack of Jurisdiction, and transferring to the United States District Court for the District of Columbia. (jflc1, COURT STAFF) (Filed on 1/5/2006) (Entered: 01/05/2006) |
| 01/05/2006 | | ***Transferring Cvil Case to the United States District Court for the District of Columbia. (gm, COURT STAFF) (Filed on 1/5/2006) (Entered: 01/11/2006) |
| 01/11/2006 | ●35 | Case is Transferred to the United States District Court for the District of Columbia. (gm, COURT STAFF) (Filed on 1/11/2006) (Entered: 01/11/2006) |