THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUPONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ELLEN A. EFROS, et al. <br><br> Defendants | Case No. 1:06-CV-00142 HHK |

**DEFENDANTS' CONSENT MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT**

Defendants Ellen A. Efros, Ronald P. Kananen, and Rader, Fishman & Grauer, PLLC, hereby move the Court for an Order enlarging defendants' time to respond to plaintiff's complaint. Pursuant to LCvR 7(m), defendants' counsel conferred with plaintiff's counsel, and obtained plaintiff's consent to the relief sought in this motion. In further support of this motion, defendants state as follows:

1. This action was originally filed in the Santa Clara Superior Court of California. Defendants removed the action to the United States District Court for the Northern District of California, and subsequently moved to dismiss the complaint for lack of personal jurisdiction or, in the alternative, to transfer the case to the District of Columbia.

2. On January 5, 2006, Judge Jeremy Fogel of the Northern District of California issued an order denying the motion to dismiss for lack of personal jurisdiction, but granting transfer to this Court.

      3.      The actual transfer took approximately three weeks, and the docket in this Court was opened on January 26, 2006.

      4.      Under Fed. R. Civ. P. 12, an answer normally must be filed within 10 days of when a motion to dismiss is denied. However, in this case, the motion to dismiss was denied simultaneously with the issuance of an order of transfer. Accordingly, the 10-day period contemplated by Fed. R. Civ. P. 12 occurred during the period of time after the case was transferred away from the Northern District of California, but before the docket was opened in this Court. Accordingly, as a practical matter, compliance with the 10-day deadline was impossible.

      5.      In addition, subsequent to the transfer, defendants retained new counsel in the District of Columbia, namely, Tycko, Zavareei & Spiva LLP. Counsel at that firm is now in the process of becoming acquainted with the pleadings and facts in this fairly complex legal malpractice case.

      6.      Accordingly, under the circumstances, a brief enlargement of time for defendants to prepare their response to the complaint is necessary. Defendants request that the Court establish a deadline of February 23, 2006 for defendants to respond to the complaint.

      7.      Plaintiff will suffer no prejudice from this brief enlargement of time. Indeed, plaintiff, through counsel, has consented to this enlargement.

      Accordingly, the Court should grant this motion.

Respectfully submitted,

_____/s/_____
Jonathan K. Tycko
  D.C. Bar No. 445851
Kathleen R. Hartnett
  D.C. Bar No. 483250
TYCKO, ZAVAREEI & SPIVA LLP
2000 L Street, N.W., Suite 808
Washington, D.C. 20036
(202) 973-0900
(202) 973-0950 (fax)
jtycko@tzslaw.com
khartnett@tzslaw.com

Of counsel:

Steven D. Wasserman
Mark J. Hancock
Sedgwick, Detert, Moran & Arnold LLP
One market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
(415) 781-7900
(415) 781-2635

*For Defendants*

## **CERTIFICATE OF SERVICE**

Undersigned hereby certifies that on this 7th day of February, 2006, the foregoing Defendants' Consent Motion To Enlarge Time To Respond To Complaint was served via U.S. mail, first class, postage prepaid, upon:

> Neil A. Goteiner
> Farrella Braun & Martel LLP
> 235 Montgomery Street, 30th Floor
> San Francisco, CA 94104

_____/s/_____
Jonathan K. Tycko