THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COUPONS, INC.,

        Plaintiff,

   v.

ELLEN A. EFROS, et al.

        Defendants

Case No. 1:06-CV-00142 HHK

**ORDER GRANTING DEFENDANTS' CONSENT MOTION TO
ENLARGE TIME TO RESPOND TO COMPLAINT**

Upon consideration of Defendants' Consent Motion To Enlarge Time To Respond To Complaint, and for good cause shown, it is hereby ORDERED that said motion is GRANTED, and that defendants shall answer or otherwise respond to the complaint on or before February 23, 2006.

Dated: _____

                                          Henry H. Kennedy, Jr.
                                          United States District Judge

(service list on following page)

2

Copies to:

Jonathan K. Tycko
TYCKO, ZAVAREEI & SPIVA LLP
2000 L Street, N.W., Suite 808
Washington, D.C. 20036

Neil A. Goteiner
FARRELLA BRAUN & MARTEL LLP
235 Montgomery Street, 30th Floor
San Francisco, CA 94104

2