# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUPONS, INC., ) | Case No. 1:06-CV-00142 HHK |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ELLEN A. EFROS, et al., ) | |
| ) | |
| Defendants ) | |
| ) | |
| _____ | |

### CONSENT MOTION FOR *PRO HAC VICE* ADMISSION OF
### STEVEN D. WASSERMAN AND MARK J. HANCOCK

I, Jonathan K. Tycko, a member in good standing of the Bar of this Court, hereby move pursuant to L. Cv. R. 83.2(d) for *pro hac vice* admission of Steven D. Wasserman and Mark J. Hancock to the Bar of this Court to act as co-counsel for defendants Ellen A. Efros, Ronald P. Kananen and Rader, Fishman & Grauer, PLLC, in this action. Mr. Wasserman and Mr. Hancock are both with the law firm of Sedgwick, Detert, Moran & Arnold LLP, located at One Market Plaza, Steuart Tower, San Francisco, California 94105, with phone number of (415) 781-7900. Declarations of Mr. Waserman and Mr. Hancock are submitted as exhibits hereto. As set forth in those declarations, both Mr. Wasserman and Mr. Hancock are members in good standing of the bar of the State of California, and of various federal court bars.

Pursuant to L. Cv. R. 7(m), defendants' counsel conferred with plaintiff's counsel, and obtained consent to the relief sought by way of this motion.

On the basis of the foregoing, it is respectfully requested that this Court admit Mr. Wasserman and Mr. Hancock *pro hac vice* in this matter.

|  |  |
|---|---|
| February 23, 2006 | _____/s/_____<br>Jonathan K. Tycko<br>  D.C. Bar No. 445851<br>Kathleen R. Hartnett<br>  D.C. Bar No. 483250<br>TYCKO, ZAVAREEI & SPIVA LLP<br>2000 L Street, N.W., Suite 808<br>Washington, D.C. 20036<br>(202) 973-0900<br>(202) 973-0950 (fax)<br>jtycko@tzslaw.com<br>khartnett@tzslaw.com<br><br>*Counsel for Defendants Ellen A. Efros, Ronald P. Kananen and Rader, Fishman & Grauer, PLLC* |

**CERTIFICATE OF SERVICE**

Undersigned hereby certifies that on this 23d day of February, 2006, the foregoing Consent Motion for *Pro Hac Vice* Admission Of Steven D. Wasserman And Mark J. Hancock was served via U.S. mail, first class, postage prepaid, upon:

>Neil A. Goteiner
>Farrella Braun & Martel LLP
>235 Montgomery Street, 30th Floor
>San Francisco, CA 94104

_____/s/_____
Jonathan K. Tycko