THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| COUPONS, INC., | ) | Case No. 1:06-CV-00142 HHK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ELLEN A. EFROS, et al., | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |
| | ) | |

DECLARATION OF STEVEN D. WASSERMAN
IN SUPPORT OF HIS ADMISSION *PRO HAC VICE*

I, Steven D. Wasserman, hereby declare that:

1.    I am a partner with the firm of Sedgwick, Detert, Moran & Arnold LLP, One Market Plaza, Steuart Tower, San Francisco, California, 94105. My office telephone number is (415) 781-7900. I make this Declaration pursuant to L. Civ. R. 83.2(d) and in support of my request to be admitted *pro hac vice* as counsel for defendants Ellen A. Efros, Ronald P. Kananen and Rader, Fishman & Grauer, PLLC.

2.    I am a member in good standing of the Bar of the State of California.

3.    I have also been admitted to practice before the United States District Court for the Northern District of California and the United States Court of Appeals for the Ninth Circuit.

4.    I have not been disciplined by any bar.

5.    I have never been admitted *pro hac vice* in this Court.

6.      For the foregoing reasons, I hereby now request that I be specifically admitted to the Bar of the United States District Court for the District of Columbia and be permitted to practice before this Court as *pro hac vice* counsel for the purpose of the instant litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on this 2nd day of February, 2006, at San Francisco, California.

Steven D. Wasserman