THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUPONS, INC., | Case No. 1:06-CV-00142 HHK |
| Plaintiff, | |
| vs. | |
| ELLEN A. EFROS, et al., | |
| Defendants | |

**DECLARATION OF MARK J. HANCOCK
IN SUPPORT OF HIS ADMISSION *PRO HAC VICE***

I, Mark J. Hancock, hereby declare that:

1. I am a partner with the firm of Sedgwick, Detert, Moran & Arnold LLP, One Market Plaza, Steuart Tower, San Francisco, California, 94105. My office telephone number is (415) 781-7900. I make this Declaration pursuant to L. Civ. R. 83.2(d) and in support of my request to be admitted *pro hac vice* as counsel for defendants Ellen A. Efros, Ronald P. Kananen and Rader, Fishman & Grauer, PLLC.

2. I am a member in good standing of the following bars: The State of California, the United States Supreme Court, the Ninth Circuit Court of Appeals, and the United States District Courts for the Northern District of California, the Eastern District of California, and the Southern District of California.

3. I have not been disciplined by any bar.

4. I have never been admitted *pro hac vice* in this Court.

SF/1317600v1

5.  For the foregoing reasons, I hereby now request that I be specifically admitted to the Bar of the United States District Court for the District of Columbia and be permitted to practice before this Court as *pro hac vice* counsel for the purpose of the instant litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on this 22nd day of February, 2006, at San Francisco, California.

_____
Mark J. Hancock

SF/1317600v1