# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| COUPONS, INC., | ) | Case No. 1:06-CV-00142 HHK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ELLEN A. EFROS, et al., | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

_____

## ORDER

Pursuant to L. Civ. R. 83.2(d), the motion for *pro hac vice* admission of Steven D. Wasserman and Mark J. Hancock is hereby GRANTED.

Dated: _____

Henry H. Kennedy, Jr.
United States District Judge

(service list on following page)

<u>Copies to:</u>

Jonathan K. Tycko
TYCKO, ZAVAREEI & SPIVA LLP
2000 L Street, N.W., Suite 808
Washington, D.C. 20036

Neil A. Goteiner
FARRELLA BRAUN & MARTEL LLP
235 Montgomery Street, 30th Floor
San Francisco, CA 94104

Steven D. Wasserman
Mark J. Hancock
SEDGWICK, DETERT, MORAN & ARNOLD LLP
One Market Plaza, Steuart Tower
San Francisco, CA 94105