# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUPONS, INC., ) | Case No. 1:06-CV-00142 HHK |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ELLEN A. EFROS, et al., ) | |
| ) | |
| Defendants ) | |
| ) | |
| _____ | |

## NOTICE OF ENTRY OF APPEARANCE

Having been approved to appear pro hac vice in this matter, Steven D. Wasserman, Esq., and Mark J. Hancock, Esq., of Sedgwick, Detert, Moran & Arnold LLP hereby enter their appearance on behalf of defendants Ellen A. Efros, Ronald P. Kananen, and Rader, Fishman & Grauer, PLLC.  Contact information for Steven D. Wasserman and Mark J. Hancock is provided below.

Respectfully submitted,

March 6, 2006

_____/s/_____
Steven D. Wasserman
CA Bar No. 88291
Mark J. Hancock
CA Bar No. 160662
SEDGWICK, DETERT, MORAN & ARNOLD LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA  94105
(415) 781-7900 (telephone)
(415) 781-2635 (fax)
steven.wasserman@sdma.com
mark.hancock@sdma.com
*Counsel for Defendants Ellen A.*
*Efros, Ronald P. Kananen and*
*Rader, Fishman & Grauer, PLLC*

## **CERTIFICATE OF SERVICE**

Undersigned hereby certifies that on this 6th day of March, 2006, the foregoing Notice of Entry of Appearance was served via U.S. mail, first class, postage prepaid, upon:

> Neil A. Goteiner
> Farrella Braun & Martel LLP
> 235 Montgomery Street, 30th Floor
> San Francisco, CA 94104

                                          /s/
                                        Mark J. Hancock