THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COUPONS, INC.**, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:06-CV-00142-HHK |
| **ELLEN A. EFROS,** *et al.*, | ) |
| Defendants. | ) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance on behalf of Plaintiff Coupons, Inc. in this action.

Date: March 20, 2006                                Respectfully submitted,


                                                                                /s/
                                                    Daniel E. Farrington (#471403)
                                                    The Farrington Law Firm, LLC
                                                    4550 Montgomery Avenue
                                                    Suite 775 North
                                                    Bethesda, MD 20814
                                                    (301) 951-1538 (Tel.)
                                                    (301) 951-1544 (Fax)