THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **COUPONS, INC.**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:06-CV-00142-HHK |
| | ) | |
| **ELLEN A. EFROS,** *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S CONSENT MOTION FOR AN ENLARGEMENT OF
TIME TO ANSWER OR OTHERWISE RESPOND TO THE COUNTERCLAIMS**

COMES NOW, Plaintiff Coupons, Inc., by and through its undersigned counsel, and hereby files this Consent Motion to enlarge the time to answer or otherwise respond to Defendants' Counterclaims and in support thereof states the following:

1.  On February 23, 2006, Defendants served an Answer in this action in which they raised five Counterclaims.

2.  Pursuant to Fed. R. Civ. P. 12(a)(2), Plaintiff's response to the Counterclaims is due on March 20, 2006.

3.  Plaintiff requires one additional week to prepare its response to the Counterclaims.

4.  Plaintiff files this motion on the date its answer is due, as it has only recently engaged local counsel and was therefore unable to file this motion earlier.

5.  Plaintiff's counsel has contacted Defendants' counsel and Defendants have consented to the granting of the instant Motion.

WHEREFORE, Plaintiff respectfully requests that the Court enlarge the time for it to answer or otherwise respond to the Counterclaims in this action by one week.

Date: March 20, 2006                                                      Respectfully submitted,

                                                                          _____/s/_____
                                                                          Daniel E. Farrington (#471403)
                                                                          The Farrington Law Firm, LLC
                                                                          4550 Montgomery Avenue
                                                                          Suite 775 North
                                                                          Bethesda, MD 20814
                                                                          (301) 951-1538 (Tel.)
                                                                          (301) 951-1544 (Fax)