THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COUPONS, INC.**, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:06-CV-00142-HHK |
| **ELLEN A. EFROS**, *et al.*, | ) |
| Defendants. | ) |

**PLAINTIFF'S CONSENT MOTION FOR AN ENLARGEMENT OF
TIME TO ANSWER OR OTHERWISE RESPOND TO THE COUNTERCLAIMS**

COMES NOW, Plaintiff Coupons, Inc., by and through its undersigned counsel, and hereby files this Consent Motion to enlarge the time to answer or otherwise respond to Defendants' Counterclaims and in support thereof states the following:

1. On March 20, 2006, Plaintiff requested a one-week extension of time to answer or otherwise respond to the counterclaims in this action.

2. Later on March 20, 2006, the Court granted Plaintiff's Motion and Ordered Plaintiff to answer or otherwise respond to the counterclaims by March 27, 2006.

3. On March 22, Plaintiff's counsel suffered a death in the family and, as a result, Plaintiff will require one additional week to prepare its response to the Counterclaims.

4. Plaintiff's counsel has contacted Defendants' counsel and Defendants have consented to the granting of the instant Motion.

WHEREFORE, Plaintiff respectfully requests that the Court enlarge the time for it to answer or otherwise respond to the Counterclaims in this action by one week.

Date:  March 23, 2006                                             Respectfully submitted,


                                                                  _____/s/_____
                                                                  Daniel E. Farrington (#471403)
                                                                  The Farrington Law Firm, LLC
                                                                  4550 Montgomery Avenue
                                                                  Suite 775 North
                                                                  Bethesda, MD 20814
                                                                  (301) 951-1538 (Tel.)
                                                                  (301) 951-1544 (Fax)