THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **COUPONS, INC.**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:06-CV-00142-HHK |
| | ) | |
| **ELLEN A. EFROS**, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### [PROPOSED] ORDER

Upon consideration of Plaintiff's Consent Motion for an Enlargement of Time to Answer or Otherwise Respond to the Counterclaims, it is on this _____ day of _____, 2006, ORDERED that:

1. The Motion is GRANTED; and

2. Plaintiff/Counter-Defendant Coupons, Inc. shall answer or otherwise respond to the Counterclaims in this action on or before April 3, 2006.

_____
United States District Judge