## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COUPONS, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:06-CV-00142-HHK |
| ) | |
| **ELLEN A. EFROS, *et al*.,** ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S MOTION FOR THE
## ADMISSION OF NEIL A. GOTENIER *PRO HAC VICE*

COMES NOW, Plaintiff Coupons, Inc., by and through its undersigned counsel and pursuant to Local Rule 83(d), and hereby moves for the admission of Neil A. Gotenier *pro hac vice*. The Declaration required by Local Rule 83(d) is attached hereto as Exhibit 1.

Date: March 31, 2006                                    Respectfully submitted,


                                                        _____/s/_____
                                                        Daniel E. Farrington (#471403)
                                                        The Farrington Law Firm, LLC
                                                        4550 Montgomery Avenue
                                                        Suite 775 North
                                                        Bethesda, MD 20814
                                                        (301) 951-1538 (Tel.)
                                                        (301) 951-1544 (Fax)