FARELLA BRAUN MARTEL                                                                    ☏002/003

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUPONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ELLEN A. EFROS, *et al.*, <br><br> Defendants. | Case No. 1:06-CV-00142-HHK |

**DECLARATION OF NEIL A. GOTENIER IN
SUPPORT OF PLAINTIFF'S MOTION FOR THE ADMISSION
OF NEIL A. GOTENIER AND LOUISE A. WARREN *PRO HAC VICE***

I, Neil A. Gotenier, hereby declare that I have personal knowledge of the following and if called to testify in this action would testify as follows:

1. I am over 18 years of age, under no legal or mental disabilities, and am competent to affirm under oath all of the following facts.

2. I am an attorney at Farella, Braun & Martel, LLP, 235 Montgomery Street, San Francisco, California 94104. My office telephone number is (415) 954-4400.

3. I have been admitted to practice before the New York Supreme Court and the California Supreme Court and am a member in good standing of those bars.

4. I have never been disciplined by any bar.

5. I have not been admitted *pro hac vice* in the United States District Court for the District of Columbia in the last two years.

MAR 30 '06 17:56

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Date: March 30, 2006

_____
Neil A. Gotenier

2