THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **COUPONS, INC.**, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:06-CV-00142-HHK |
| **ELLEN A. EFROS**, *et al.*, | ) |
| Defendants. | ) |

### [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion for the Admission of Neil A. Gotenier *Pro Hac Vice*, it is on this _____ day of _____, ORDERED that:

1. The Motion is GRANTED; and

2. Neil A. Gotenier is admitted to the bar of this Court *pro hac vice*.

_____
United States Judge