THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **COUPONS, INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **ELLEN A. EFROS**, *et al.*, <br><br> Defendants. | Case No. 1:06-CV-00142-HHK |

### PLAINTIFF'S MOTION FOR THE
### ADMISSION OF LOUISE A. WARREN *PRO HAC VICE*

COMES NOW, Plaintiff Coupons, Inc., by and through its undersigned counsel and pursuant to Local Rule 83(d), and hereby moves for the admission of Louise A. Warren *pro hac vice*. The Declaration required by Local Rule 83(d) is attached hereto as Exhibit 1.

Date: March 31, 2006                                                            Respectfully submitted,

                                                                                                /s/
                                                                            Daniel E. Farrington (#471403)
                                                                            The Farrington Law Firm, LLC
                                                                            4550 Montgomery Avenue
                                                                            Suite 775 North
                                                                            Bethesda, MD 20814
                                                                            (301) 951-1538 (Tel.)
                                                                            (301) 951-1544 (Fax)

1