THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COUPONS, INC.**, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:06-CV-00142-HHK |
| **ELLEN A. EFROS,** *et al.*, | ) |
| Defendants. | ) |

### [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion for the Admission of Louise A. Warren *Pro Hac Vice*, it is on this _____ day of _____, ORDERED that:

1. The Motion is GRANTED; and

2. Louise A. Warren is admitted to the bar of this Court *pro hac vice*.

_____
United States Judge