THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUPONS, INC.,<br><br>      Plaintiff,<br><br>   v.<br><br>ELLEN A. EFROS, ESQ.; RONALD P. KANANEN, ESQ.; RADER, FISHMAN & GRAUER, PLLC; and DOES 1-20,<br><br>      Defendants. | Case No. 1:06-CV-00142 HHK<br><br>**ORAL ARGUMENT REQUESTED** |

## INDIAN HARBOR INSURANCE COMPANY'S MOTION TO INTERVENE

Pursuant to Federal Rule of Civil Procedure 24, Indian Harbor Insurance Company ("Indian Harbor") hereby moves this Honorable Court for an Order granting its motion to intervene of right pursuant to Federal Rule of Civil Procedure 24(a)(2) or, in the alternative, for permissive intervention pursuant to Federal Rule of Civil Procedure 24(b)(2).

Indian Harbor satisfies the requirements to intervene of right because: (1) it possesses standing under Article III of the Constitution, (2) its application is timely, (3) it has a legally protected interest in this action, (4) this action threatens to impair that interest, and (5) its interest is not adequately represented by the parties to this action. In the alternative, Indian Harbor satisfies the requirements for permissive intervention because the pleadings in this action raise legal and factual issues that relate to the dispute between Indian Harbor and Coupons in a pending California arbitration proceeding and intervention will neither unduly delay or prejudice the adjudication of the rights of the original parties.

In further support, Indian Harbor respectfully refers the Court to the accompanying Memorandum of Points and Authorities in support of this motion, and the proposed complaint in intervention, which are incorporated herein by reference.

Respectfully submitted,

SONNENSCHEIN NATH & ROSENTHAL LLP

April 7, 2006

By    /s/ Kirk R. Ruthenberg
       Kirk R. Ruthenberg #415520
       1301 K Street, N.W.
       Washington, D. C. 20005
       (202) 408-6400
       (202) 408-6399 (facsimile)
       kruthenberg@sonnenschein.com

       Attorneys for Indian Harbor Insurance
       Company

Of Counsel:
Sonnenschein Nath & Rosenthal LLP
Donald M. Carley
Peter R. Soares
685 Market Street, 6th Floor
San Francisco, CA 94105
(415) 882-5000
(415) 543-5472 (facsimile)

**CERTIFICATE OF SERVICE**

    I, Erin M. Shoudt, do hereby certify that the foregoing Indian Harbor Insurance Company's Motion to Intervene, its accompanying Memorandum of Points and Authorities in Support, its Complaint in Intervention, Proposed Order and the Certificate Required by Local Rule 7.1 were served April 7, 2006 upon the following via email and by postage prepaid first class U.S. Mail:

>Jonathan K. Tycko
>TYCKO ZAVAREEI, & SPIVA, LLP
>2000 L Street, NW
>Suite 808
>Washington, DC 20036
>(202) 973-0900
>Fax: (202) 318-2623
>Email: jtycko@tzslaw.com
>
>Mark J. Hancock
>SEDGWICK, DETERT, MORAN & ARNOLD LLP
>One Market Plaza
>Steuart Tower
>San Francisco, CA 94105
>(415) 781-7900
>Fax: (415) 781-2635
>Email: mark.hancock@sdma.com
>
>Steven D. Wasserman
>SEDGWICK, DETERT, MORAN & ARNOLD LLP
>One Market Plaza
>Steuart Tower
>San Francisco, CA 94105
>(415) 781-7900
>Fax: (415) 781-2635
>Email: steven.wasserman@sdma.com

                                                                          /s/ Erin M. Shoudt
                                                                          Erin M. Shoudt

27234021