THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUPONS, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>ELLEN A. EFROS, ESQ.; RONALD P. KANANEN, ESQ.; RADER, FISHMAN & GRAUER, PLLC; and DOES 1-20,<br><br>      Defendants. | Case No. 1:06-CV-00142 HHK |

## **ORDER**

Upon consideration of the Motion to Intervene of Indian Harbor Insurance Company and the Memorandum in support thereof, it is this _____ day of _____, 2006, hereby

ORDERED that the Motion to Intervene is GRANTED; and it is further

ORDERED that Indian Harbor is permitted to intervene as plaintiffs in intervention in this proceeding; and it is further

ORDERED that Indian Harbor's complaint in intervention is hereby deemed to be filed with this Court as of the date of this Order.

IT IS SO ORDERED.

                                                                                _____
                                                                                Henry H. Kennedy
                                                                                U.S. DISTRICT COURT JUDGE

27234028