THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUPONS, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>ELLEN A. EFROS, ESQ.; RONALD P. KANANEN, ESQ.; RADER, FISHMAN & GRAUER, PLLC; and DOES 1-20,<br><br>    Defendants. | Case No. 1:06-CV-00142 HHK<br><br>**ORAL ARGUMENT REQUESTED** |

## AMENDED CERTIFICATE OF SERVICE

    I, Erin M. Shoudt, do hereby certify that the foregoing Indian Harbor Insurance Company's Motion to Intervene, its accompanying Memorandum of Points and Authorities in Support, its Complaint in Intervention, Proposed Order and the Certificate Required by Local Rule 7.1 were served April 7, 2006 upon the following via email and by postage prepaid first class U.S. Mail:

        Daniel E. Farrington
        THE FARRINGTON LAW FIRM
        4550 Montgomery Avenue
        Suite 775 North
        Bethesda, MD 20814
        (301) 951-1544
        Email: dfarrington@farringtonlaw.com

        Jonathan K. Tycko
        TYCKO ZAVAREEI, & SPIVA, LLP
        2000 L Street, NW
        Suite 808
        Washington, DC 20036
        (202) 973-0900
        Fax: (202) 318-2623
        Email: jtycko@tzslaw.com

        Mark J. Hancock
        SEDGWICK, DETERT, MORAN & ARNOLD LLP
        One Market Plaza
        Steuart Tower
        San Francisco, CA 94105
        (415) 781-7900

Fax: (415) 781-2635
Email: mark.hancock@sdma.com

Steven D. Wasserman
SEDGWICK, DETERT, MORAN & ARNOLD LLP
One Market Plaza
Steuart Tower
San Francisco, CA 94105
(415) 781-7900
Fax: (415) 781-2635
Email: steven.wasserman@sdma.com


    /s/ Erin M. Shoudt
Erin M. Shoudt

27234021

- 2 -