THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUPONS, INC.,<br><br>   Plaintiff,<br><br>  v.<br><br>ELLEN A. EFROS, ESQ.; RONALD P. KANANEN, ESQ.; RADER, FISHMAN & GRAUER, PLLC; and DOES 1-20,<br><br>   Defendants. | Case No. 1:06-CV-00142 HHK |

### CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

  I, the undersigned, counsel of record for Indian Harbor Insurance Company ("Indian Harbor"), certify to the best of my knowledge and belief, that Indian Harbor is a wholly-owned, indirect subsidiary of XL Capital Ltd., which is a NYSE-listed company with outstanding securities in the hands of the public.

                   SONNENSCHEIN NATH & ROSENTHAL LLP

April 7, 2006             By  /s/ Kirk R. Ruthenberg
                   Kirk R. Ruthenberg #415520
                   1301 K Street, N.W.
                   Washington, D. C. 20005
                   (202) 408-6400
                   (202) 408-6399 (facsimile)
                   kruthenberg@sonnenschein.com

                   Attorneys for Indian Harbor Insurance Company

Of Counsel:
Sonnenschein Nath & Rosenthal LLP
Donald M. Carley
Peter R. Soares
685 Market Street, 6th Floor
San Francisco, CA 94105
(415) 882-5000
(415) 543-5472 (facsimile)