THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COUPONS, INC.**, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:06-CV-00142-HHK |
| **ELLEN A. EFROS**, *et al.*, | ) ) ) |
| Defendants. | ) ) |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned counsel of record for Coupons, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Coupons, Inc. which have any outstanding securities in the hands of the public:

Valassis Communications, Inc.

These representations are made in order that judges of this Court may determine the need for recusal.

Date:  April 14, 2006                              Respectfully submitted,

                                            _____/s/_____
                                            Daniel E. Farrington (#471403)
                                            The Farrington Law Firm, LLC
                                            4550 Montgomery Avenue
                                            Suite 775 North
                                            Bethesda, MD 20814
                                            (301) 951-1538 (Tel.)
                                            (301) 951-1544 (Fax)

1