THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COUPONS, INC.**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:06-CV-00142-HHK |
| | ) |
| **ELLEN A. EFROS**, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**JOINT CONSENT MOTION
FOR AN ENLARGEMENT OF TIME TO RESPOND TO
INDIAN HARBOR INSURANCE COMPANY'S MOTION TO INTERVENE**

COMES NOW, Plaintiff Coupons, Inc. and Defendants Ellen A. Efros, Ronald P. Kananen and Rader, Fishman, & Grauer, PLLC, by and through their undersigned counsel, and hereby file this Joint Consent Motion to enlarge the time for the parties to respond to Indian Harbor Insurance Company's Motion to Intervene and in support thereof state the following:

1. On April 7, 2006, Indian Harbor Insurance Company served a Motion to Intervene in this action. Pursuant to Local Rule 7(b), the parties' memoranda of points and authorities in opposition to the Motion to Intervene are due on or before April 21, 2006.

2. The parties require an additional week to prepare their oppositions to the Motion to Intervene.

3. Indian Harbor Insurance Company's counsel has consented to the granting of the instant Motion.

1

WHEREFORE, the parties respectfully request that the Court enlarge the time for them to oppose the Motion to Intervene by one week.

Date:  April 18, 2006                                          Respectfully submitted,


| | |
|---|---|
| _____ | _____/s/_____ |
| Jonathan K. Tycko (#445851) | Daniel E. Farrington (#471403) |
| Kathleen R. Hartnett (#483250) | THE FARRINGTON LAW FIRM, LLC |
| TYCKO, ZAVEREEI & SPIVA LLP | 4550 Montgomery Avenue |
| 2000 L Street, N.W., Suite 808 | Suite 775 North |
| Washington, DC 20036 | Bethesda, MD 20814 |
| (202) 973-0900 (Tel.) | (301) 951-1538 (Tel.) |
| (202) 973-0950 (Fax) | (301) 951-1544 (Fax) |
| | |
| Steven D. Wasserman | Neil A. Gotenier |
| Mark J. Hancock | Louise A. Warren |
| SEDGWICK, DETERT, MORAN & ARNOLD LLP | FARELLA, BRAUN + MARTEL, LLP |
| One Market Plaza | 235 Montgomery Avenue |
| Steuart Tower, 8th Floor | San Francisco, CA 94104 |
| San Francisco, CA 94105 | (415) 954-4400 (Tel.) |
| (415) 781-7900 (Tel.) | (415) 954-4480 (Fax) |
| (415) 781-2632 (Fax) | |
| | |
| COUNSEL FOR DEFENDANTS | COUNSEL FOR PLAINTIFF |