## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| _____ | ) | |
| **COUPONS, INC.**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:06-CV-00142-HHK |
| | ) | |
| **ELLEN A. EFROS,** *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

### [PROPOSED] ORDER

Upon consideration of the Joint Consent Motion for an Enlargement of Time to Respond to Indian Harbor Insurance Company's Motion to Intervene, it is on this _____ day of _____, 2006, ORDERED that:

1.      The Motion is GRANTED; and

2.      The parties shall file responses to the Motion to Intervene on or before April 28, 2006.


                                                    _____
                                                    United States District Judge