THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COUPONS, INC.**, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:06-CV-00142-HHK |
| **ELLEN A. EFROS,** *et al.*, | ) |
| Defendants. | ) |

### [PROPOSED] ORDER

Upon consideration of the Joint Consent Motion for an Enlargement of Time to Respond to Indian Harbor Insurance Company's Motion to Intervene, it is on this _____ day of _____, 2006, ORDERED that:

1. The Motion is GRANTED; and

2. The parties shall file responses to the Motion to Intervene on or before May 3, 2006.

_____
United States District Judge