Defendants' Opposition to

Indian Harbor's Motion to Intervene

# Exhibit A

*Coupons v. Efros, et al.*, Case No. 1:06-CV-00142 HHK

01/10/2006 15:51 FAX 14156932222   COOLEYGODWARD   002/004
Jan-10-06  12:26pm   From-SONNENSCHEIN NATH ROSENTHAL   4155435472   T-853  P.03/14  F-855

# The Arbitration Tribunals of the
# American Arbitration Association

In the Matter of the Arbitration between

COUPONS, INC.

AND

INDIAN HARBOR INSURANCE COMPANY

} Subpoena

FROM THE PEOPLE OF THE STATE OF CALIFORNIA

то   Rader, Fishman & Graver PLLC

GREETING:  Ronald P. Kananen

WE COMMAND YOU that, all business and excuses being laid aside, you and each of you appear and attend before

acting under the arbitration law of this state, at   Paul A. Renne, arbitrator(s)
Sonnenschein Nath & Rosenthal LLp

685 Market Street, 6th Fl., San Francisco, CA 94105
(address)

on the 17th   day of February, 20 06, at 9:00 a.m. o'clock, to testify and ~~give evidence in a certain arbitration, then and there to be held between the above-entitled parties.~~ produce certain documents described in Attachment A.

Signed: Paul C. Re——

Signed: _____
Arbitrator(s)

Requested by: Indian Harbor Ins. Co.
Peter R. Soares
685 Market Street, 6th Fl.
Name of Representative
San Francisco, CA   94105
Address                     Zip Code
(415) 882-5000
Telephone
Dated:  January  , 2006

Form G9-11/89

01/10/2006 TUE 12:24 [TX/RX NO 9085] 003

# EXHIBIT A

## DOCUMENTS REQUESTED

1. ALL DOCUMENTS RELATING TO COUPONS' products AND services including, but not limited to patent opinions, patent-related searches and ANY supporting documents.

2. ALL DOCUMENTS RELATING TO applications by COUPONS for patent infringement defense insurance coverage.

3. ALL DOCUMENTS RELATING TO the settlement agreement concluded in the BLACK DIAMOND SUIT.

4. ALL COMMUNICATIONS between YOU and COUPONS RELATING TO applications for patent infringement defense insurance coverage.

5. ALL COMMUNICATIONS between YOU and INDIAN HARBOR RELATING TO COUPONS AND applications by COUPONS for patent infringement defense insurance coverage.

6. ALL COMMUNICATIONS between YOU and IPISC RELATING TO COUPONS AND applications by COUPONS for patent infringement defense insurance coverage.

## DEFINITIONS

Words in CAPITALS in these requests are defined as follows:

"ALL" includes the word "ANY," and vice versa.

"AND" includes the word "OR," and vice versa.

"BLACK DIAMOND SUIT" shall mean the action entitled *Black Diamond CCT Holdings, LLC and E-Centives, Inc. v. Coupons, Inc.*, United States District Court for the District of Maryland case number RDB-020CV-3701.

"COMMUNICATION(S)" shall mean ANY oral, written, OR electronic transmission of information, including, without limitation, meetings, discussions, conversations, telephone calls, e-mails, voicemails, audio cassettes, video cassettes, computer discs, memoranda, letters, telecopies, telexes, conferences, seminars, messages, OR notes.

"COUPONS" shall mean or refer to Coupons, Inc. and its employees, officers, directors, principals, parents, subsidiaries, affiliates, agents, representatives, attorneys, predecessors, successors and assigns, and all entities controlled by, controlling or under the control of Coupons, Inc.

"DOCUMENT(S)" shall mean, without limitation, ALL written, typed, OR otherwise preserved COMMUNICATIONS including, without limitation, ANY letter, correspondence, computer print-out, e-mail print-out, note, book, pamphlet, article, bulletin, directive, review, publication, memorandum, diary, log, test, analysis, study, chart, table, projection, check, invoice, receipt, bill, purchase order, shipping order, contract, lease, agreement, work paper, calendar, envelope, paper, telephone message, tape, computer tape, computer disc, computer card, recording, videotape, film, microfilm, microfiche, drawing, account, ledger, statement, financial data, AND ALL other writings OR COMMUNICATIONS no matter how produced OR maintained in YOUR actual OR constructive possession, custody, OR control OR of which YOU have knowledge of the existence, whether prepared, published, OR released by YOU OR by ANY other PERSON OR entity. Without limitation on the foregoing, the term DOCUMENT shall include ANY copy OR draft that differs in ANY respect from the original OR other versions of the DOCUMENT, including, without limitation, copies containing notations, insertions, corrections, marginal notes, emendations, OR ANY other variations.

"INDIAN HARBOR" shall mean or refer to Indian Harbor Insurance Company and its employees, officers, directors, principals, parents, subsidiaries, affiliates, agents, representatives, attorneys, predecessors, successors and assigns, and all entities controlled by, controlling or under the control of Indian Harbor Insurance Company.

"IPISC" shall mean or refer to Intellectual Property Insurance Services Corporation and its employees, officers, directors, principals, parents, subsidiaries, affiliates, agents, representatives, attorneys, predecessors, successors and assigns, and all entities controlled by, controlling or under the control of Intellectual Property Insurance Services Corporation.

"PERSON(S)" includes, without limitation, ANY natural person, corporation, partnership, limited partnership, association, group, organization, federal, state, OR local government OR government agency, office, bureau, department, OR entity, AND includes the present AND former directors, officers, executives, partners, brokers, AND ALL other PERSONS acting OR purporting to act on behalf of them, AND ANY of their present OR former parent corporations, subsidiaries, affiliates, divisions, predecessors, AND successors in interest.

"RELATED TO," "RELATE(S) TO" OR "RELATING TO" shall have AND include not only its commonly understood meaning, but the following meanings as well, where applicable: concerning, comprising, reflecting, evidencing, constituting, pertaining to, dealing with, AND showing.

"YOU" AND "YOUR" shall mean OR refer to Rader, Fishman & Grauer PLLC and its employees, officers, directors, principals, parents, subsidiaries, affiliates, agents, representatives, attorneys, predecessors, successors and assigns, and all entities controlled by, controlling or under the control of Rader, Fishman & Grauer PLLC.

27184364