Defendants' Opposition to

Indian Harbor's Motion to Intervene

# Exhibit B

*Coupons v. Efros, et al.*, Case No. 1:06-CV-00142 HHK

```
*******************************
***   MULTI TX/RX REPORT    ***
*******************************

TX/RX NO              0687
PGS.                  3
TX/RX INCOMPLETE
                      -----
TRANSACTION OK
                      (1)   *9001#3#132625#5435472#
                      (2)   6932222#
ERROR INFORMATION
                      -----
```

*M. Tate*

# SEDGWICK
## DETERT, MORAN & ARNOLD LLP

One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
tel: 415.781.7900 fax: 415.781.2635

**Facsimile Transmittal Sheet**

DATE: JANUARY 13, 2006
TIME:
NUMBER OF PAGES: (including cover page) 3

IF ANY PORTION OF THE FOLLOWING DOCUMENT IS ILLEGIBLE OR MISSING, PLEASE CALL
OUR FAX CENTER AT (415) 781-7900 EXTENSION 2162 AS SOON AS POSSIBLE.

## TO:

| Name | Company | Telephone | Facsimile |
|---|---|---|---|
| Peter R. Soares | Sonnenschein Nath | 415-882-5000 | 415-543-5472 |
| Paul A. Renne | Cooley Godward | 415-693-2000 | 415-693-2222 |

## FROM:

| | | | |
|---|---|---|---|
| Name: | Mark J. Hancock, Esq. | Fax Back Number: | (415) 781-2635 |
| Office: | San Francisco | Our File No.: | 0003-132625 |

### MESSAGE: COUPONS, INC.

Please see attached.



# SEDGWICK
## DETERT, MORAN & ARNOLD LLP

One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
tel: 415.781.7900 fax: 415.781.2635

**Facsimile Transmittal Sheet**

DATE: JANUARY 13, 2006

TIME:

NUMBER OF PAGES: (including cover page)  3

IF ANY PORTION OF THE FOLLOWING DOCUMENT IS ILLEGIBLE OR MISSING, PLEASE CALL OUR FAX CENTER AT (415) 781-7900 EXTENSION 2162 AS SOON AS POSSIBLE.

## TO:

| Name | Company | Telephone | Facsimile |
|---|---|---|---|
| Peter R. Soares | Sonnenschein Nath | 415-882-5000 | 415-543-5472 |
| Paul A. Renne | Cooley Godward | 415-693-2000 | 415-693-2222 |

## FROM:

| | | | |
|---|---|---|---|
| Name: | Mark J. Hancock, Esq. | Fax Back Number: | (415) 781-2635 |
| Office: | San Francisco | Our File No.: | 0003-132625 |

MESSAGE: COUPONS, INC.

Please see attached.

**PRIVILEGE AND CONFIDENTIALITY NOTICE**

The information contained in this facsimile message is attorney privileged and confidential information intended only for the person or entity named above. If you are not the intended recipient (or someone responsible to deliver to the intended recipient), please be aware that any dissemination or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by telephone immediately at (415) 781-7900 and return the original message to us at the address above via the U. S. Postal Service. Thank you.

New York ▪ London ▪ San Francisco ▪ Zurich ▪ Los Angeles ▪ Paris ▪ Newark ▪ Irvine ▪ Chicago ▪ Dallas

SF/1311461v1


## SEDGWICK
### DETERT, MORAN & ARNOLD LLP

One Market Plaza  
Steuart Tower, 8th Floor  
San Francisco, California 94105  
Tel: 415.781.7900  Fax: 415.781.2635

www.sdma.com

January 13, 2006

**VIA FACSIMILE**  
Peter R. Soares  
Sonnenschein Nath et al  
685 Market Street, 6th Floor  
San Francisco, CA 94105-4207

Re:  Arbitration Involving Coupons, Inc. and Indian Harbor Insurance Company  
     Our File No. 0003-132625

Dear Mr. Soares:

This office represents Rader, Fishman & Grauer PLLC and one of its attorneys, Ronald P. Kananen. We write with respect to your efforts to subpoena the Rader firm or Mr. Kananen (the subpoena issued at your request is not clear as to whom it is directed) to appear before your arbitrator, Mr. Paul A. Renne, in San Francisco to testify and produce documents on February 17, 2006. I tried to reach you by telephone earlier today but got no answer and, as of the writing of this letter, I have not received a response to the message I left for you.

Under CCP § 1282.6, an arbitrator may issue subpoenas to witnesses. However, that subpoena power does not extend to non-residents. A subpoena issued under section 1282.6 is enforceable pursuant to CCP § 1985 et seq. (See CCP § 1282.6(c).) CCP § 1989 is clear that *"A witness ... is not obliged to attend as a witness before any court, judge, justice or any other officer, unless the witness is a resident within the state at the time of service."*

Your subpoena is directed at non-resident third parties. The Rader firm does not have an office in California, and Mr. Kananen is a resident of Virginia. You were apparently aware of this because you sent the subpoena to Mr. Kananen at the Rader firm's Washington, D.C. office. Under section 1989, neither the Rader firm nor Mr. Kananen is required to comply with the subpoena. In light of that clear statute which renders the subpeona invalid, we request that you immediately withdraw the subpeona and give us, and Mr. Renne, written notice that you have done so. Should you fail to do so by **Wednesday, January 18, 2006** then, by copy of this letter to Mr. Renne, we request that he, in his capacity as your arbitrator, order the subpeona withdrawn.

SF/1311446v1

Peter R. Soares
Re: Arbitration Involving Coupons, Inc. and Indian Harbor Insurance Company
January 13, 2006
Page 2

This letter is not a complete statement of all of our clients' objections to your subpoena. We reserve all rights in that regard.

Very truly yours,

*[signature]*

Mark J. Hancock
Sedgwick, Detert, Moran & Arnold LLP

cc:   Paul A. Renne (via facsimile)

SF/1311446v1