Defendants' Opposition to

Indian Harbor's Motion to Intervene

# Exhibit E

*Coupons v. Efros, et al.*, Case No. 1:06-CV-00142 HHK

```
  *******************************
  ***   MULTI TX/RX REPORT   ***
  *******************************

TX/RX NO            1795
PGS.                2
TX/RX INCOMPLETE
                    -----
TRANSACTION OK
                    (1)   *9001#3#132625#5435472#
                    (2)   6932222#
ERROR INFORMATION
                    -----
```

M. Tate
/1

# SEDGWICK
## DETERT, MORAN & ARNOLD LLP

One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
tel: 415.781.7900 fax: 415.781.2635

### Facsimile Transmittal Sheet

DATE: JANUARY 30, 2006
TIME:
NUMBER OF PAGES: (including cover page)  2

IF ANY PORTION OF THE FOLLOWING DOCUMENT IS ILLEGIBLE OR MISSING, PLEASE CALL
OUR FAX CENTER AT (415) 781-7900 EXTENSION 2162 AS SOON AS POSSIBLE.

### TO:

| Name | Company | Telephone | Facsimile |
| --- | --- | --- | --- |
| Donald L. Carley | Sonnenschein Nath | 415-882-5000 | 415-543-5472 |
| Paul A. Renne | Cooley Godward | 415-693-2000 | 415-693-2222 |

### FROM:

Name: Mark J. Hancock, Esq.            Fax Back Number: (415) 781-2635
Office: San Francisco                   Our File No.: 0003-132625

### MESSAGE: COUPONS, INC.

Please see attached.



**SEDGWICK**
DETERT, MORAN & ARNOLD LLP

One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
tel: 415.781.7900 fax: 415.781.2635

**Facsimile Transmittal Sheet**

DATE: JANUARY 30, 2006
TIME:
NUMBER OF PAGES: (including cover page) 2

IF ANY PORTION OF THE FOLLOWING DOCUMENT IS ILLEGIBLE OR MISSING, PLEASE CALL OUR FAX CENTER AT (415) 781-7900 EXTENSION 2162 AS SOON AS POSSIBLE.

## TO:

| Name | Company | Telephone | Facsimile |
|---|---|---|---|
| Donald L. Carley | Sonnenschein Nath | 415-882-5000 | 415-543-5472 |
| Paul A. Renne | Cooley Godward | 415-693-2000 | 415-693-2222 |

## FROM:

Name: Mark J. Hancock, Esq.          Fax Back Number: (415) 781-2635

Office: San Francisco                Our File No.: 0003-132625

MESSAGE: COUPONS, INC.

Please see attached.

**PRIVILEGE AND CONFIDENTIALITY NOTICE**

The information contained in this facsimile message is attorney privileged and confidential information intended only for the person or entity named above. If you are not the intended recipient (or someone responsible to deliver to the intended recipient), please be aware that any dissemination or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by telephone immediately at (415) 781-7900 and return the original message to us at the address above via the U. S. Postal Service. Thank you.



# SEDGWICK
### DETERT, MORAN & ARNOLD LLP

One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
Tel: 415.781.7900  Fax: 415.781.2635

January 30, 2006

**VIA FACSIMILE**
Donald M. Carley
Sonnenschein Nath et al
685 Market Street, 6th Floor
San Francisco, CA 94105-4207

Re:   Arbitration Involving Coupons, Inc. and Indian Harbor Insurance Company
      Our File No. 0003-132625

Dear Mr. Carley:

Thank you for your letter dated January 24, 2006 withdrawing the subpoena issued at your request to Mr. Kananen/Rader, Fishman & Grauer PLLC.

Very truly yours,

Mark J. Hancock
Sedgwick, Detert, Moran & Arnold LLP

cc:   Paul A. Renne (via facsimile)