1  PAUL A. RENNE (36133) (rennepa@cooley.com)
   COOLEY GODWARD LLP
2  101 California Street, 5th Floor
   San Francisco, CA. 94111-5800
3  Telephone:    (415) 693-2000
   Facsimile     (415) 693-2222
4
5
6
7

## AMERICAN ARBITRATION ASSOCIATION

## SAN FRANCISCO

| | |
|---|---|
| Coupons, Inc., | No. 74133Y01022 04 |
| Claimant, | **ORDER** |
| v. | |
| Indian Harbor Insurance Company, | |
| Respondent. | |

Defendant Indian Harbor Insurance Company's Motion to Stay Arbitration Proceedings came on for argument on April 28, 2006. Neil A. Goteiner appeared on behalf of Claimant, Coupons, Inc., and Donald M. Carley appeared on behalf of Respondent, Indian Harbor Insurance Company. After oral argument and due consideration of all of the papers filed herein, it is the Order of the Arbitrator that the motion be denied and that the matter go forward as presently set forth in Scheduling Order No. 6.

Dated: April 28, 2006

By: _/s/ Paul A. Renne_
Paul A. Renne
Arbitrator

COOLEY GODWARD LLP
ATTORNEYS AT LAW
SAN FRANCISCO

992966 v1/SF

**ORDER**