### Warren, Louise (27) x2997

| | |
|---|---|
| **From:** | Ellen A. Efros [EAE@raderfishman.com] |
| **Sent:** | Monday, December 01, 2003 9:03 AM |
| **To:** | Frank Serafin |
| **Cc:** | Steven R. Boal; Jeff Weitzman; Diane E. McKenzie |
| **Subject:** | E-Centives v. Coupons |
| **Follow Up Flag:** | Reply to All |
| **Flag Status:** | Flagged |

Frank, per my e-mail of yesterday, please call me today so we can discuss status of additional documents to be provided. Also, I think it is time I started corresponding with the insurance company with respect to possible litigation fee coverage in the now likely event that fees etc. will exceed the deductible. I assume that the insurance files you sent me last week are complete and you have had no further communications with them

9/10/2004