THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COUPONS, INC.,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**ELLEN A. EFROS,** *et al.,* )<br>)<br>Defendants. )<br>) | Case No. 1:06-CV-00142-HHK |

### [PROPOSED] ORDER

Upon consideration of Indian Harbor Insurance Company's Motion to Intervene and the Oppositions thereto, it is on this _____ day of _____, 2006, ORDERED that the Motion is DENIED.

_____
United States District Judge

19082\942700.1