**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COUPONS, INC.,<br><br>       Plaintiff,<br><br>  v.<br><br>ELLEN A. EFROS, ESQ.; RONALD P.<br>KANANEN, ESQ.; RADER, FISHMAN &<br>GRAUER, PLLC; and DOES 1-20,<br><br>       Defendants. | Case No. 1:06-CV-00142 HHK |

**JOINT CONSENT MOTION FOR AN ENLARGEMENT OF TIME TO FILE REPLY**
**MEMORANDUM IN SUPPORT OF INDIAN HARBOR'S MOTION TO INTERVENE**

      Indian Harbor Insurance Company ("Indian Harbor"), by and through its counsel, hereby

files this Joint Consent Motion for an Enlargement of Time to File Reply Memorandum In

Support of Indian Harbor's Motion to Intervene and in support thereof states the following:

      1.      On April 7, 2006, Indian Harbor served a Motion to Intervene in this action with

an accompanying memorandum of points and authorities in support thereof.

      2.      On May 3, 2006, pursuant to a Court Order granting their Joint Consent Motion

for an Enlargement of Time to Respond, Plaintiffs Coupons, Inc. and Defendants Ellen Efros,

Esq. et al., filed their oppositions to Indian Harbor's Motion to Intervene.

      3.      Pursuant to Local Rule 7(d), Indian Harbor's Reply Memorandum in Support of

its Motion to Intervene is due on or before May 15, 2006.

      4.      Indian Harbor requests one additional week to prepare its Reply Memorandum in

Support of its Motion to Intervene.

      5.      Counsel for Plaintiff, Coupons, Inc. and Defendants, Ellen Efros, Esq. et al. have

consented to the granting of the instant motion.

WHEREFORE, Indian Harbor respectfully requests that the Court enlarge the time for it to file its Reply Memorandum in Support of its Motion to Intervene by one week.

Respectfully submitted,

May 12, 2006                              SONNENSCHEIN NATH & ROSENTHAL LLP

By____/s/ Kirk R. Ruthenberg_____
        Kirk R. Ruthenberg #415520
        1301 K Street, N.W.
        Washington, D. C. 20005
        (202) 408-6400
        (202) 408-6399 (facsimile)
        kruthenberg@sonnenschein.com

        Attorneys for Indian Harbor Insurance
        Company

Of Counsel:
Sonnenschein Nath & Rosenthal LLP
Donald M. Carley
Peter R. Soares
685 Market Street, 6th Floor
San Francisco, CA 94105
(415) 882-5000
(415) 543-5472 (facsimile)

## CERTIFICATE OF SERVICE

I, Erin M. Shoudt, do hereby certify that on May 12, 2006, the foregoing Joint Consent Motion for an Enlargement of Time to File Reply Memorandum in Support of Indian Harbor's Motion to Intervene was filed and served utilizing the court's electronic case filing program on the following:

Daniel E. Farrington
THE FARRINGTON LAW FIRM
4550 Montgomery Avenue
Suite 775 North
Bethesda, MD 20814
(301) 951-1544
Email: dfarrington@farringtonlaw.com

Jonathan K. Tycko
TYCKO ZAVAREEI, & SPIVA, LLP
2000 L Street, NW
Suite 808
Washington, DC 20036
(202) 973-0900
Fax: (202) 318-2623
Email: jtycko@tzslaw.com

Mark J. Hancock
SEDGWICK, DETERT, MORAN & ARNOLD LLP
One Market Plaza
Steuart Tower
San Francisco, CA 94105
(415) 781-7900
Fax: (415) 781-2635
Email: mark.hancock@sdma.com

Steven D. Wasserman
SEDGWICK, DETERT, MORAN & ARNOLD LLP
One Market Plaza
Steuart Tower
San Francisco, CA 94105
(415) 781-7900
Fax: (415) 781-2635
Email: steven.wasserman@sdma.com

In addition, paper copies of the foregoing Joint Consent Motion for an Enlargement of Time to File Reply Memorandum in Support of Indian Harbor's Motion to Intervene was served by first class U.S. Mail, postage prepaid on the following:

Neil A. Gotenier
FARELLA, BRAUN & MARTEL, LLP
235 Montgomery Street
San Francisco, CA 94104

Louise A. Warren
FARELLA, BRAUN & MARTEL, LLP
235 Montgomery Street
San Francisco, CA 94104


_____/s/ Erin M. Shoudt_____
Erin M. Shoudt