## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUPONS, INC., | ) |
|       Plaintiff, | ) |
| vs. | ) Case No. 1:06-CV-00142-HHK |
| ELLEN A. EFROS, et al., | ) |
|       Defendants | ) |
| _____ | |

### DEFENDANTS' CONSENT MOTION FOR LEAVE TO FILE SUR-REPLY BRIEF IN OPPOSITION TO INDIAN HARBOR INSURANCE COMPANY'S MOTION TO INTERVENE

Defendants Ellen A. Efros, Ronald P. Kananen, and Rader, Fishman & Grauer, PLLC (collectively, "Defendants") respectfully move the Court for an order granting leave for Defendants to file a sur-reply brief in opposition to Indian Harbor Insurance Company's Motion To Intervene.

Counsel for Indian Harbor Insurance Company ("Indian Harbor") and counsel for plaintiff Coupons, Inc. ("Coupons") have consented to the relief sought by way of this motion.

In further support of this motion, Defendants state as follows:

1. On April 7, 2006, Indian Harbor filed a motion to intervene, and a memorandum of points and authorities in support of that motion.

2. On May 3, 2006, Defendants filed their memorandum of points and authorities in opposition to Indian Harbor's motion to intervene. In that memorandum of points and authorities, Defendants responded to all of the arguments that Indian Harbor had put forth in their April 7 memorandum of points and authorities.

3. On May 22, 2006, Indian Harbor filed its Consolidated Reply Memorandum in support of its motion to intervene. In the Consolidated Reply Memorandum, Indian Harbor raised a new argument that it had not raised in its April 7 memorandum of points and authorities. Specifically, in the Consolidated Reply Memorandum, Indian Harbor argued for the first time that the Court should grant the motion to intervene because of potential claims that Indian Harbor might have against the Defendants.

4. Because Defendants have not yet had a chance to respond to that new argument, raised for the first time by Indian Harbor in its Consolidate Reply Memorandum, fairness dictates that the Court consider Defendants' response to that new argument before ruling on the motion to intervene.

5. Defendants' counsel have already begun work on a sur-reply brief that will respond to this new argument, and will file that sur-reply by no later than next Friday, June 2, 2006. Accordingly, permitting the filing of a sur-reply by Defendants will not cause any undue delay in these proceedings, and will cause no prejudice to the other parties.

For these reasons, Defendants request that the Court grant this motion for leave, and enter an Order permitting Defendants to file a sur-reply by no later than June 2, 2006.

        Respectfully submitted,

May 30, 2006

        /s/
        Steven D. Wasserman
        CA Bar No. 88291 (admitted pro hac vice)
        Mark J. Hancock
        CA Bar No. 160662 (admitted pro hac vice)
        SEDGWICK, DETERT, MORAN & ARNOLD LLP
        One Market Plaza
        Steuart Tower, 8th Floor
        San Francisco, CA  94105
        (415) 781-7900 (telephone)
        (415) 781-2635 (fax)
        steven.wasserman@sdma.com
        mark.hancock@sdma.com
        *Counsel for Defendants Ellen A. Efros, Ronald P. Kananen and Rader, Fishman & Grauer, PLLC*

        Jonathan K. Tycko
        D.C. Bar No. 445851
        Kathleen R. Hartnett
        D.C. Bar No. 483250
        TYCKO, ZAVAREEI & SPIVA LLP
        2000 L Street, N.W., Suite 808
        Washington, D.C. 20036
        (202) 973-0900
        (202) 973-0950 (fax)
        jtycko@tzslaw.com
        khartnett@tzslaw.com
        *Counsel for Defendants Ellen A. Efros and Ronald P. Kananen and for Defendant and Counterclaim-Plaintiff Rader, Fishman & Grauer, PLLC*