# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUPONS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:06-CV-00142-HHK |
| | ) |
| ELLEN A. EFROS, et al., | ) |
| | ) |
| Defendants | ) |
| | ) |

_____

## ORDER GRANTING DEFENDANTS' CONSENT MOTION FOR LEAVE TO FILE SUR-REPLY BRIEF IN OPPOSITION TO INDIAN HARBOR INSURANCE COMPANY'S MOTION TO INTERVENE

Upon consideration of Defendants' Consent Motion For Leave To File Sur-Reply Brief In Opposition To Indian Harbor Insurance Company's Motion To Intervene, and for good cause shown, it is hereby ORDERED that said motion is GRANTED, and that defendants shall file their sur-reply brief on or before June 2, 2006.


Dated: _____    _____
                                  Henry H. Kennedy, Jr.
                                  United States District Judge