UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUPONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ELLEN A. EFROS, et al., <br><br> Defendants. | Civil Action 06-00142 (HHK) |

## ORDER

Before the court is the motion of Indian Harbor Insurance Company to intervene, as of right ,or, in the alternative, permissively (#12). Upon consideration of the motion, the oppositions thereto, and the record of this case, the court concludes, essentially for the reasons stated by the parties to this action, that Indian Harbor's motion should be denied.

Accordingly, it is this 14th day of August, 2006, hereby

**ORDERED** that the motion of Indian Harbor Insurance Company to intervene, as of right ,or, in the alternative, permissively (#12) is **DENIED**.

Henry H. Kennedy, Jr.
United States District Judge