## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **COUPONS, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:06-CV-00142-HHK |
| | ) | |
| **ELLEN A. EFROS,** *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 16(b) and L. Cv. R. 16.4(a), and upon consideration of parties' Local Civil Rule 16.3 Report, it is hereby ORDERED that the following schedule shall apply in this action:

All amendments to the pleadings shall be made, and all additional parties joined, on or before December 16, 2006.

All written discovery shall be served on or before January 15, 2007.

Fact discovery shall be completed on or before February 16, 2007.

The parties shall serve any expert reports on or before March 15, 2007.

The parties shall serve any expert rebuttal reports on April 2, 2007.

Expert discovery shall be completed on or before April 16, 2007.

Dispositive motions shall be filed on or before April 16, 2007.

A pretrial conference shall be held on _____.

SO ORDERED this _____ day of _____, 2006.

_____
Henry H. Kennedy, Jr.
United States District Judge