THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUPONS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:06-CV-00142-HHK |
| ELLEN A. EFROS, *et al.*, | ) |
| Defendants. | ) |

## SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 16(b) and L. Cv. R. 16.4(a), and upon consideration of parties' Local Civil Rule 16.3 Report, it is hereby ORDERED that the following schedule shall apply in this action:

All amendments to the pleadings shall be made, and all additional parties joined, on or before February 16, 2007.

All written discovery shall be served on or before March 15, 2007.

Plaintiff and Counterclaim-Plaintiff shall serve any expert reports on or before April 18, 2007.

Defendants and Counterclaim-Defendant shall serve any expert reports on or before May 18, 2007.

Fact discovery shall be completed on or before June 29, 2007.

Expert discovery shall be completed on or before July 27, 2007.

Dispositive motions shall be filed on or before August 24, 2007.

A pretrial conference shall be held on _____.

SO ORDERED this _____ day of _____, 2006.

_____
Henry H. Kennedy, Jr.
United States District Judge