THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COUPONS, INC.**, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:06-CV-00142-HHK |
| **ELLEN A. EFROS,** *et al.*, | ) ) ) |
| Defendants. | ) ) |

**CONSENT MOTION FOR THE ENTRY OF A PROTECTIVE ORDER
REGARDING THE CONFIDENTIALITY OF DISCOVERY MATERIAL**

COMES NOW, Plaintiff Coupons, Inc., by and through its undersigned counsel, and hereby files this Consent Motion for the Entry of a Protective Order Regarding the Confidentiality of Discovery Material and in support thereof states the following:

1.  The parties expect to produce confidential and proprietary information in the course of discovery.

2.  The parties have agreed upon the attached Protective Order setting forth certain procedures to protect such confidential and proprietary information.

WHEREFORE, Plaintiff respectfully requests that the Court enter the attached Order.

Date: October 12, 2006

Respectfully submitted,

_____/s/_____
Daniel E. Farrington (#471403)
The Farrington Law Firm, LLC
4550 Montgomery Avenue
Suite 775 North
Bethesda, MD 20814
(301) 951-1538 (Tel.)
(301) 951-1544 (Fax)