THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COUPONS, INC.**, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:06-CV-00142-HHK |
| **ELLEN A. EFROS**, *et al.*, | ) |
| Defendants. | ) |

**PLAINTIFF'S CONSENT MOTION
FOR LEAVE TO AMEND THE COMPLAINT**

COMES NOW, Plaintiff Coupons, Inc., by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 15(a), and hereby files this Consent Motion for Leave to Amend the Complaint and in support thereof states the following:

1. Pursuant to Local Rule 7(i), the proposed First Amended Complaint is attached hereto as Exhibit 1.

2. Defendants have consented to the granting of the instant Motion.

WHEREFORE, Plaintiff respectfully requests that the Court grant it leave to file the attached First Amended Complaint.

Date: November 2, 2006                                         Respectfully submitted,


                                                                    /s/
                                                                    Daniel E. Farrington (#471403)
                                                                    The Farrington Law Firm, LLC
                                                                    4550 Montgomery Avenue
                                                                    Suite 775 North
                                                                    Bethesda, MD 20814
                                                                    (301) 951-1538 (Tel.)
                                                                    (301) 951-1544 (Fax)

1