THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **COUPONS, INC.**, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:06-CV-00142-HHK |
| **ELLEN A. EFROS,** *et al.*, | ) ) ) |
| Defendants. | ) ) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Consent Motion for Leave to Amend the Complaint, it is on this _____ day of _____, 2006, ORDERED that the Motion is GRANTED.

_____
United States District Judge