THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUPONS, INC.                )<br>                                              )<br>            Plaintiff,              )<br>                                              )<br>    v.                                     )<br>                                              )<br>ELLEN A. EFROS, et al.,     )<br>                                              )<br>            Defendants.         )<br>                                              ) | Case No. 1:06-CV-00142 HHK |

## NOTICE OF FILING UNDER SEAL

Defendants hereby give notice that the following documents are this day being filed under seal pursuant to the Protective Order entered in this action on October 26, 2006.

    1.    Defendants' Motion For Partial Summary Judgment;

    2.    Memorandum Of Points And Authorities In Support Of Defendants' Motion For Partial Summary Judgment;

    3.    Proposed Order Granting Motion For Partial Summary Judgment;

    4.    Declaration Of Mark J. Hancock, with Exhibits A-Q; and

    5.    Separate Statement Of Facts In Support Of Defendants' Motion For Partial Summary Judgment.

|  |  |
|---|---|
|  | Respectfully submitted, |
| November 22, 2006 | _____/s/_____<br>Jonathan K. Tycko<br> D.C. Bar No. 445851<br>TYCKO & ZAVAREEI LLP<br>2000 L Street, N.W., Suite 808<br>Washington, D.C.  20036<br>(202) 973-0900<br>(202) 973-0950 (fax)<br>jtycko@tzlegal.com<br>*Counsel for Defendants Ellen A. Efros and Ronald P. Kananen and for Defendant and Counterclaim-Plaintiff Rader, Fishman & Grauer, PLLC*<br><br>Steven D. Wasserman<br> CA Bar No. 88291 (admitted pro hac vice)<br>Mark J. Hancock<br> CA Bar No. 160662 (admitted pro hac vice)<br>SEDGWICK, DETERT, MORAN & ARNOLD LLP<br>One Market Plaza<br>Steuart Tower, 8th Floor<br>San Francisco, CA  94105<br>(415) 781-7900 (telephone)<br>(415) 781-2635 (fax)<br>steven.wasserman@sdma.com<br>mark.hancock@sdma.com<br>*Counsel for Defendants Ellen A. Efros, Ronald P. Kananen and Rader, Fishman & Grauer, PLLC* |