THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COUPONS, INC.**, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:06-CV-00142-HHK |
| **ELLEN A. EFROS**, *et al.*, | ) |
| Defendants. | ) |

**PLAINTIFF'S CONSENT MOTION
FOR AN ENLARGEMENT OF TIME TO RESPOND
TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

COMES NOW, Plaintiff Coupons, Inc., by and through its undersigned counsel, and hereby files this Consent Motion to enlarge the time to respond to Defendants' Motion for Partial Summary Judgment by one week and in support thereof states the following:

1. On November 22, 2006, Defendants filed and served a Motion for Partial Summary Judgment. Accordingly, Plaintiff's Opposing Points and Authorities are currently due on December 6, 2006.

2. Plaintiff requires an additional week to prepare its opposition to Defendants' Motion.

3. Plaintiff's counsel has contacted Defendants' counsel and Defendants have consented to the granting of the instant Motion.

WHEREFORE, Plaintiff respectfully requests that the Court enlarge the time for it to oppose Defendants' Motion for Partial Summary Judgment by one week.

1

Date:  December 4, 2006                                                     Respectfully submitted,


                                                                            _____/s/_____
                                                                            Daniel E. Farrington (#471403)
                                                                            The Farrington Law Firm, LLC
                                                                            4550 Montgomery Avenue
                                                                            Suite 775 North
                                                                            Bethesda, MD 20814
                                                                            (301) 951-1538 (Tel.)
                                                                            (301) 951-1544 (Fax)