THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **COUPONS, INC.**, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:06-CV-00142-HHK |
| **ELLEN A. EFROS,** *et al.*, | ) |
| Defendants. | ) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Consent Motion for an Enlargement of Time to Respond to Defendants' Motion for Partial Summary Judgment, it is on this _____ day of December, 2006, ORDERED that:

1. The Motion is GRANTED; and

2. Plaintiff shall respond to Defendants' Motion for Partial Summary Judgment on or before December 13, 2006.


_____
United States District Judge