THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COUPONS, INC.**, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | )    Case No. 1:06-CV-00142-HHK <br> ) |
| **ELLEN A. EFROS,** *et al.*, | ) <br> ) |
| Defendants. | ) <br> ) |

### PLAINTIFF'S CONSENT MOTION
### FOR AN ENLARGEMENT OF TIME TO RESPOND
### TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

COMES NOW, Plaintiff Coupons, Inc., by and through its undersigned counsel, and hereby files this Consent Motion to enlarge the time to respond to Defendants' Motion for Partial Summary Judgment by four business days and in support thereof states the following:

1. Plaintiff's Opposing Points and Authorities replying to Defendants' Motion for Partial Summary Judgment are currently due on December 13, 2006.

2. Plaintiff requires additional time to prepare its opposition to Defendants' Motion.

3. Plaintiff's counsel has contacted Defendants' counsel and Defendants have consented to the granting of the instant Motion on the condition that Defendants receive until January 5, 2007 to file a Reply Brief.

WHEREFORE, Plaintiff respectfully requests that the Court enlarge the time for it to oppose Defendants' Motion for Partial Summary Judgment until December 19, 2006 and enlarge the time for Defendants to file a reply brief until January 5, 2007.

Date:  December 13, 2006                              Respectfully submitted,


                                                    /s/
Daniel E. Farrington (#471403)
The Farrington Law Firm, LLC
4550 Montgomery Avenue
Suite 775 North
Bethesda, MD 20814
(301) 951-1538 (Tel.)
(301) 951-1544 (Fax)