THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COUPONS, INC.**, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:06-CV-00142-HHK |
| **ELLEN A. EFROS,** *et al.*, | ) ) ) |
| Defendants. | ) ) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Consent Motion for an Enlargement of Time to Respond to Defendants' Motion for Partial Summary Judgment, it is on this _____ day of December, 2006, ORDERED that:

    1.    The Motion is GRANTED;

    2.    Plaintiff shall respond to Defendants' Motion for Partial Summary Judgment on or before December 19, 2006; and

    3.    Defendants shall file their reply brief on or before January 5, 2007.


                                                                                  _____
                                                                                  United States District Judge