THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COUPONS, INC.**, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:06-CV-00142-HHK |
| **ELLEN A. EFROS**, *et al.*, | ) |
| Defendants. | ) |

## NOTICE OF FILING UNDER SEAL

COMES NOW, Plaintiff Coupons, Inc., by and through its undersigned counsel, and hereby gives notice that it is filing its Statement of Disputed and Undisputed Facts in Opposition to Defendants' Motion for Partial Summary Judgment, Opposing Points and Authorities, exhibits related thereto and Proposed Order under seal pursuant to the Court's October 26, 2006 Protective Order.

Date: December 19, 2006                    Respectfully submitted,

                                          _____/s/_____
                                          Daniel E. Farrington (#471403)
                                          The Farrington Law Firm, LLC
                                          4550 Montgomery Avenue
                                          Suite 775 North
                                          Bethesda, MD 20814
                                          (301) 951-1538 (Tel.)
                                          (301) 951-1544 (Fax)