THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUPONS, INC.,<br><br>        Plaintiff,<br><br>        v.<br><br>ELLEN A. EFROS, et al.,<br><br>        Defendants | Case No. 1:06-CV-00142 HHK<br><br>Next Event: Status Conference, 8/17/2007 |

**DEFENDANTS' CONSENT MOTION FOR ONE DAY
ENLARGEMENT OF TIME TO FILE REPLY BRIEF**

      Defendants Ellen A. Efros, Ronald P. Kananen, and Rader, Fishman & Grauer, PLLC (collectively "Defendants"), by and through their attorneys, respectfully move the Court, for a one (1) business day enlargement of time for the filing of Defendants' reply brief in support of the pending motion for partial summary judgment. In support of this motion, Defendants state as follows:

      1.      On November 22, 2006, Defendants filed and served their Motion For Partial Summary Judgment.

      2.      On December 4, 2006, Plaintiff filed a consent motion seeking a one week enlargement of time to file its opposition brief. On December 6, 2006, the Court granted that enlargement of time.

      3.      On December 13, 2006, Plaintiff filed another consent motion, seeking a further six day enlargement of time to file its opposition brief. On December 14, 2006, the Court granted that further enlargement of time, and entered a Minute Order that also established a deadline of January 5, 2007 for the filing of Defendants' reply brief.

4. On December 19, 2006, Plaintiff filed and served a 27-page opposition brief, along with supporting documents.

5. Although Defendants' counsel have been working diligently towards completing Defendants' reply brief by the January 5, 2007 deadline, it has become apparent that some additional time is required to respond to all of Plaintiff's arguments. In addition, during the past week, counsel for both parties have been devoting substantial time to the discussion and resolution of numerous discovery disputes, and participated in a conference call with the Court on January 4, 2007, to address the remaining disputes. The consideration and resolution of those disputes has consumed significant time that otherwise would have gone towards completion of Defendants' reply brief.

6. The one (1) business day enlargement of time sought by Defendants will cause no prejudice to Plaintiff. Plaintiff previously received two separate enlargements of time that totaled almost two weeks, and the filing of Defendants' reply brief will not impact any other events or deadlines in this case.

7. Pursuant to L. Civ. R. 7(m), counsel for Defendants has conferred with counsel for Plaintiff, and has obtained consent to this requested enlargement of time.

For all of these reasons, the Court should grant this motion. A proposed Order is submitted herewith.

Respectfully submitted,

_____/s/_____
Steven D. Wasserman
Mark J. Hancock
SEDGWICK, DETERT, MORAN & ARNOLD LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
(415) 781-7900
(415) 781-2635 (fax)

*Attorneys for Defendants Ellen A. Efros, Esq., Ronald P. Kananen, Esq., and Rader, Fishman & Grauer, PLLC*

_____/s/_____
Jonathan K. Tycko
 D.C. Bar No. 445851
TYCKO & ZAVAREEI LLP
2000 L Street, N.W., Suite 808
Washington, D.C. 20036
(202) 973-0900
(202) 973-0950 (fax)

*Attorneys for Defendants Ellen A. Efros, Esq., Ronald P. Kananen, Esq., and Rader, Fishman & Grauer, PLLC, and for Counterclaim-Plaintiff Rader, Fishman & Grauer, PLLC*