THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUPONS, INC.,<br><br>        Plaintiff,<br><br>        v.<br><br>ELLEN A. EFROS, et al.,<br><br>        Defendants | Case No. 1:06-CV-00142 HHK |

**ORDER GRANTING DEFENDANTS' CONSENT MOTION FOR ONE DAY
ENLARGEMENT OF TIME TO FILE REPLY BRIEF**

Upon consideration of Defendants' Consent Motion For One Day Enlargement Of Time To File Reply Brief, and for good cause shown, it is hereby ORDERED that said motion is GRANTED, and that Defendants shall file their reply brief in support of their pending motion for partial summary judgment on or before January 8, 2007.


Dated:                                                           _____
                                                                     Henry H. Kennedy, Jr.
                                                                     United States District Judge