# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

COUPONS, INC.               )
                                     )
         Plaintiff,        )
                                     )    Case No. 1:06-CV-00142 HHK
        v.              )
                                     )
ELLEN A. EFROS, et al.,      )
                                     )
        Defendants.     )
_____)

## NOTICE OF FILING UNDER SEAL

Defendants hereby give notice that, on this day, a Reply Memorandum Of Points And Authorities In Support Of Defendants' Motion For Partial Summary Judgment is being filed under seal pursuant to the Protective Order entered in this action on October 26, 2006.

Respectfully submitted,

_____ /s/ _____

January 8, 2007

Jonathan K. Tycko
 D.C. Bar No. 445851
TYCKO & ZAVAREEI LLP
2000 L Street, N.W., Suite 808
Washington, D.C.  20036
(202) 973-0900
(202) 973-0950 (fax)
jtycko@tzlegal.com
*Counsel for Defendants Ellen A. Efros and Ronald P. Kananen and for Defendant and Counterclaim-Plaintiff Rader, Fishman & Grauer, PLLC*

Steven D. Wasserman
 CA Bar No. 88291 (admitted pro hac vice)
Mark J. Hancock
 CA Bar No. 160662 (admitted pro hac vice)
SEDGWICK, DETERT, MORAN & ARNOLD LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA  94105
(415) 781-7900 (telephone)
(415) 781-2635 (fax)
steven.wasserman@sdma.com
mark.hancock@sdma.com
*Counsel for Defendants Ellen A. Efros, Ronald P. Kananen and Rader, Fishman & Grauer, PLLC*

## <u>CERTIFICATE OF SERVICE</u>

Undersigned hereby certifies that on this 8th day of January, 2007, the Reply

Memorandum In Support Of Defendants' Motion For Partial Summary Judgment was

served via U.S. mail, first class, postage prepaid, upon the following counsel of record for

plaintiff:

        Daniel E. Farrington
        The Farrington Law Firm, LLC
        4550 Montgomery Ave.
        Suite 775 North
        Bethesda, MD 20814

        Neil A. Goteiner
        Farella, Braun & Martel, LLP
        235 Montgomery St.
        San Francisco, CA 94104

                 /s/
                Jonathan K. Tycko