THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUPONS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>ELLEN A. EFROS, ESQ.; RONALD P. KANANEN, ESQ.; RADER, FISHMAN & GRAUER, PLLC; and DOES 1-20<br><br>    Defendants | Case No. 1:06-CV-00142 HHK |

### JOINT MOTION FOR ORDER RETROACTIVELY FILING UNDER SEAL DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT *NUNC PRO TUNC*

Pursuant to Local Rule 5.1(j), the parties hereby submit this joint motion for an order retroactively filing under seal defendants' Answer to First Amended Complaint filed on November 20, 2006. Defendants' Thirteenth Affirmative Defense contains information relating to the settlement between plaintiff and non-party Indian Harbor Insurance Company. Plaintiff has designated this settlement agreement confidential under the protective order issued in this case. In order to avoid any potential harm arising from the reference to settlement information in the Answer, and pursuant to a request by Indian Harbor, the parties request that defendants' Answer to First Amended Complaint be un-filed and re-filed under seal, accessible only to the parties, and that it not be accessible to the public.

Submitted herewith is a proposed order granting the parties' request to retroactively file the foregoing document under seal.

January 8, 2007

Respectfully submitted,

*Steven D. Wasserman*
Steven D. Wasserman
CA Bar. No. 88291 (appearing *pro hac vice*)
Mark J. Hancock
CA Bar. No. 160662 (appearing *pro hac vice*)
SEDGWICK, DETERT, MORAN & ARNOLD LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
(415) 781-7900
(415) 781-2635 (fax)
steven.wasserman@sdma.com
mark.hancock@sdma.com
*Counsel for Defendants*

Jonathan K. Tycko
D.C. Bar No. 445851
TYCKO & ZAVAREEI LLP
2000 L Street, N.W., Suite 808
Washington, D.C. 20036
(202) 973-0900
(202) 973-0950 (fax)
jtycko@tzslaw.com
*Counsel for Defendants and for Counterclaim-Plaintiff*

January 8, 2007

*Dennis M Cusack*
Neil A. Goteiner (appearing *pro hac vice*) Dennis M Cusack
Farella, Braun & Martel, LLP
235 Montgomery St.
San Francisco, CA 94104
(415) 954-4400 (Tel.)
(415) 954 4480 (Fax)
*Counsel for Plaintiff*

Daniel E. Farrington (#471403)
The Farrington Law Firm, LLC
4550 Montgomery Avenue
Suite 775 North
Bethesda, MD 20814
(301) 951-1538 (Tel.)

2

(301) 951-1544 (Fax)
*Counsel for Plaintiff*

3