THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUPONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ELLEN A. EFROS, ESQ.; RONALD P. KANANEN, ESQ.; RADER, FISHMAN & GRAUER, PLLC; and DOES 1-20 <br><br> Defendants | Case No. 1:06-CV-00142 HHK |

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR ORDER RETROACTIVELY FILING UNDER SEAL DEFENDANTS' ANSWER TO FIRST AMENDED COMPLAINT *NUNC PRO TUNC***

The parties' joint motion for an order retroactively filing under seal defendants' Answer to First Amended Complaint is hereby GRANTED. Defendants' Answer to First Amended Complaint filed on November 20, 2006, shall be un-filed and re-filed under seal, accessible only to the parties, and it will not be accessible to the public. This Order shall not limit the Court's ability to rely on, make reference to or, if necessary, quote from defendants' Answer to First Amended Complaint during any hearings or in any rulings or orders that the Court may issue.

IT IS SO ORDERED.

Dated:_____           _____
                                       United States District Court Judge