## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUPONS, INC. )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>ELLEN A. EFROS, et al., )<br>)<br>Defendants. )<br>) | Case No. 1:06-CV-00142 HHK |

### NOTICE OF FILING UNDER SEAL

Defendants hereby give notice that, on this day, a Motion For Leave to File First Amended Answer, Memorandum of Points and Authorities In Support Of Defendants Motion For Leave to File First Amended Answer, Declaration of Steven D. Wasserman In Support Of Defendants Motion For Leave to File First Amended Answer, and Proposed Order are being filed under seal pursuant to the Protective Order entered in this action on October 26, 2006.