THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUPONS, INC. | ) |
|  | ) Case No. 1:06-CV-00142 HHK |
| Plaintiff | ) |
|  | ) |
| v. | ) |
|  | ) |
| ELLEN A. EFROS, et al., | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

## NOTICE OF FILING UNDER SEAL

Defendants hereby give notice that, on this day, a Motion for Sanctions, Memorandum of Points and Authorities In Support Of Defendants Motion For Sanctions, Declaration of Ellen A. Efros, Declaration of Jonathan K. Tycko, Declaration of Ronald P. Kananen, and Proposed Order are being filed under seal pursuant to the Protective Order entered in this action on October 26, 2006.