THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUPONS, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>ELLEN A. EFROS, ESQ.; RONALD P. KANANEN, ESQ.; RADER, FISHMAN & GRAUER, PLLC; and DOES 1-20<br><br>        Defendants | UNDER SEAL PURSUANT TO PROTECTIVE ORDER<br><br>Case No. 1:06-CV-00142 HHK<br><br>Next Event: Status Conference, 8/17/2007 |

## PROOF OF SERVICE RE DEFENDANTS' MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER

SF/1381092v1

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105. On January 18, 2007, I served the within document(s):

**DEFENDANTS' MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER; DECLARATION OF STEVEN D. WASSERMAN IN SUPPORT OF DEFENDANTS' MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER; AND [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER**

- ☒ **MAIL** - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

- ☒ **PERSONAL SERVICE** - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below via Specialized Legal Services Inc.

Neil A. Goteiner  
Dennis M. Cusack  
Louise A. Warren  
Farella Braun & Martell LLP  
235 Montgomery Street, 30th Floor  
San Francisco, CA 94104  
Tel: (415) 954-4400 / Fax: (415) 954-4480  
**Via Personal Delivery**

Attorneys For Plaintiff

Daniel E. Farrington  
THE FARRINGTON LAW FIRM, LLC  
4550 Montgomery Avenue  
Suite 775 North  
Bethesda, MD 20814  
Tel. (301) 951-1538 / Fax: (301) 951-1544  
**Via U.S. Mail**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 18, 2007, at San Francisco, California.

_____  
Dawn Lyons

SF/1381092v1