THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**COUPONS, INC.**,

       Plaintiff,

v.

**ELLEN A. EFROS**, *et al.*,

       Defendants.

Case No. 1:06-CV-00142-HHK

### [PROPOSED] ORDER

Upon consideration of Plaintiff's Unopposed Motion for Leave to File a Surreply in Opposition to Defendants' Motion for Partial Summary Judgment, it is on this _____ day of _____, 2007, ORDERED that:

1.     The Motion is GRANTED; and

2.     The Surreply attached as Exhibit 1 to the Motion shall be deemed filed as f the date of this Order.

                                                                                                                       _____
                                                                                                                 United States District Judge