## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| COUPONS, INC. | ) | |
| | ) | Case No. 1:06-CV-00142 HHK |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ELLEN A. EFROS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF FILING UNDER SEAL

Defendants hereby give notice that, on this day, a Motion For Summary Judgment on Grounds of Subrogation, Separate Statement of Facts in support of Motion for Summary Judgment on Grounds of Subrogation, Memorandum of Points and Authorities In Support Of Motion For Summary Judgment on Grounds of Subrogation, Declaration of Jonathan K. Tycko in Support of Motion For Summary Judgment on Grounds of Subrogation, and Proposed Order are being filed under seal pursuant to the Protective Order entered in this action on October 26, 2006.

Respectfully submitted,

January 25, 2007

_____/s/_____
Jonathan K. Tycko
D.C. Bar No. 445851
Tycko & Zavareei LLP
2000 L Street, N.W., Suite 808
Washington, D.C. 20036
(202) 973-0900
(202) 973-0950 (fax)
jtycko@tzlegal.com
*Counsel for Defendants Ellen A. Efros and Ronald P. Kananen and for Defendant and Counterclaim-Plaintiff Rader, Fishman & Grauer, PLLC*

1

Steven D. Wasserman
 CA Bar No. 88291 (admitted pro hac vice)
Mark J. Hancock
 CA Bar No. 160662 (admitted pro hac vice)
SEDGWICK, DETERT, MORAN & ARNOLD LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA  94105
(415) 781-7900 (telephone)
(415) 781-2635 (fax)
steven.wasserman@sdma.com
mark.hancock@sdma.com
*Counsel for Defendants Ellen A. Efros, Ronald P.*
*Kananen and Rader, Fishman & Grauer, PLLC*

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

COUPONS, INC.                          )
                                       )
            Plaintiff,                 )
                                       )     Case No. 1:06-CV-00142 HHK
v.                                     )
                                       )
ELLEN A. EFROS, et al.,                )
                                       )
            Defendants.                )
_____       )

## CERTIFICATE OF SERVICE

Undersigned hereby certifies that on this 25th day of January, 2007, the following

documents were served via U.S. mail, first class, postage prepaid:

1.     Defendant's Motion For Summary Judgment On Grounds Of Subrogation;

2.     Memorandum In Support Of Defendants' Motion For Summary Judgment
       On Grounds Of Subrogation;

3.     Proposed Order Granting Motion For Summary Judgment On Grounds Of
       Subrogation;

4.     Separate Statement Of Facts In Support Of Motion For Summary
       Judgment On Grounds Of Subrogation;

5.     Declaration of Jonathan K. Tycko In Support Of Motion For Summary
       Judgment On Grounds Of Subrogation

Upon the following counsel of record for plaintiff:

       Daniel E. Farrington
       The Farrington Law Firm, LLC
       4550 Montgomery Ave.
       Suite 775 North
       Bethesda, MD 20814

       Neil A. Goteiner
       Farella, Braun & Martel, LLP
       235 Montgomery St.
       San Francisco, CA 94104

Respectfully submitted,

January 25, 2007

Jonathan K. Tycko
 D.C. Bar No. 445851
TYCKO & ZAVAREEI LLP
2000 L Street, N.W., Suite 808
Washington, D.C.  20036
(202) 973-0900
(202) 973-0950 (fax)
jtycko@tzlegal.com
*Counsel for Defendants Ellen A. Efros and
Ronald P. Kananen and for Defendant and
Counterclaim-Plaintiff Rader, Fishman &
Grauer, PLLC*

Steven D. Wasserman
 CA Bar No. 88291 (admitted pro hac vice)
Mark J. Hancock
 CA Bar No. 160662 (admitted pro hac vice)
SEDGWICK, DETERT, MORAN & ARNOLD
LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA  94105
(415) 781-7900 (telephone)
(415) 781-2635 (fax)
steven.wasserman@sdma.com
mark.hancock@sdma.com
*Counsel for Defendants Ellen A. Efros,
Ronald P. Kananen and Rader, Fishman &
Grauer, PLLC*

2