## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

COUPONS, INC.,

               **Plaintiff,**

       **v.**

ELLEN A. EFROS, et al.,

              **Defendants.**

Civil Action 06-00142 (HHK)

## ORDER TO SEAL

Before the court is the parties' joint motion to retroactively seal defendants' answer to the

first amended complaint [#38].  It is this 25th day of January, 2007, hereby

**ORDERED** that the motion is **GRANTED**.  The motion shall be sealed.  This order does

not limit the court's ability to rely on, make reference to, or quote from defendants' answer

during any hearings or in any rulings the court may issue.


                                  Henry H. Kennedy, Jr.
                                  United States District Judge