THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| COUPONS, INC. | ) | Case No. 1:06-CV-00142 HHK |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ELLEN A. EFROS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DECLARATION OF MARK J. HANCOCK IN SUPPORT OF
DEFENDANTS' MOTION TO COMPEL: (1) PLAINTIFF TO FURTHER RESPOND TO
DEFENDANTS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS; (2)
PLAINTIFF TO FURTHER RESPOND TO DEFENDANT RONALD P. KANANEN'S
FIRST SET OF INTERROGATORIES; AND (3) FURTHER RESPONSES TO
DEPOSITION QUESTIONS**

I, Mark J. Hancock, declare that:

1. I am an attorney licensed to practice before all of the courts of the State of California and am a partner with the law firm of Sedgwick, Detert, Moran & Arnold LLP, attorneys of record for moving defendants Ellen A. Efros, Ronald P. Kananen, and Rader, Fishman & Grauer, PLLC (collectively, "Defendants").

2. I am one of the attorneys responsible for the handling of this file and, in this capacity, have personal knowledge of the facts set forth in this declaration. If called upon as a witness, I would testify as set forth herein.

3. Attached hereto as **Exhibit A** is a copy of plaintiff Coupons, Inc.'s First Amended Complaint for Legal Malpractice, filed in this matter on November 3, 2006.

4. Attached as **Exhibit B** is a copy of Coupons' Initial Disclosures pursuant to F.R.C.P. Rule 26(a)(1), served on my office in this action on October 6, 2006.

5. Attached as **Exhibit C** are copies of relevant pages of Defendants' First Request for Production of Documents served on plaintiff on October 9, 2006.

6. Attached as **Exhibit D** is a copy of defendant Ronald P. Kananen's First Set of Interrogatories served on plaintiff on November 2, 2006.

7. Attached as **Exhibit E** are copies of relevant pages of plaintiff's response to Defendants' First Request for Production of Documents served on my office on November 14, 2006.

8. Attached as **Exhibit F** are copies of relevant pages of plaintiff's response to Ronald P. Kananen's First Set of Interrogatories served on my office on December 7, 2006.

9. Attached as **Exhibit G** is a copy of an email and letter sent by my office to plaintiff's counsel on December 1, 2006.

10. Attached as **Exhibit H** is a copy of an email and letter sent by my office to plaintiff's counsel on December 21, 2006.

11. Attached as **Exhibit I** is a copy of a letter sent by plaintiff's counsel to my office on December 15, 2006.

12. Attached as **Exhibit J** is a copy of an email and letter sent by my office to plaintiff's counsel on December 19, 2006.

13. Attached as **Exhibit K** is a copy of an email and letter sent by my office to plaintiff's counsel on December 26, 2006.

14. Attached as **Exhibit L** is a copy of an email sent by plaintiff's counsel to my office on December 26, 2006.

15. Attached as **Exhibit M** is a copy of an email sent by my office to plaintiff's counsel on December 28, 2006.

16. Attached as **Exhibit N** is a copy of an email sent by plaintiff's counsel to my office on December 28, 2006.

17. Attached as **Exhibit O** is a copy of an email sent by plaintiff's counsel to my office on December 28, 2006.

18. Attached as **Exhibit P** is a copy of an email sent by plaintiff's counsel to my office on December 28, 2006.

19. Attached as **Exhibit Q** is a copy of an email sent by my office to plaintiff's counsel on December 28, 2006.

20. Attached as **Exhibit R** is a copy of an email sent by plaintiff's counsel to my office on December 28, 2006.

21. A discovery conference call involving the Court and counsel for both parties was held on January 4, 2007. I appeared on behalf of defendants. In that call, the Court indicated that the issue presented by this motion would need to be resolved after briefing by the parties.

22. Attached as **Exhibit S** are copies of relevant pages from the deposition transcript of Coupons CEO Steven Boal taken in this matter on January 9, 2007.

23. Attached as **Exhibit T** are copies of relevant pages from the rough copy of the deposition transcript of Coupons' president Jeffrey Weitzman taken in this matter on January 12, 2007.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 25, 2007, in San Francisco, California.

_____
Mark J. Hancock