Coupons, Inc. v. Ellen A. Efros, et al.
USDC, District of Columbia, 1:06-CV-00142 HHK

DECLARATION OF MARK J. HANCOCK IN SUPPORT OF DEFENDANTS'
MOTION TO COMPEL

# EXHIBIT B



# FARELLA BRAUN + MARTEL LLP
Attorneys At Law

Russ Building / 235 Montgomery Street
San Francisco / CA 94104

T 415.954.4400 / F 415.954.4480
www.fbm.com

### FACSIMILE TRANSMITTAL    No. of Pages (incl. this page): 7   Date:   October 6, 2006

To:     Mark Hancock                         F: 415.781.2635      T: 415.781.7900
        Sedgwick, Detert, Moran & Arnold

From:   Louise Warren              D: 415.954.4997
Matter: Coupons v. Efors           Matter No: 19082

Please call 415.954.4479 (Fax Center) if this transmission is incomplete.

Message:

  See attached Initial Disclosures of Coupons, Inc.

CONFIDENTIAL COMMUNICATION
THIS FACSIMILE TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE NAMED ABOVE AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED AND CONFIDENTIAL. PLEASE FORWARD IT DIRECTLY TO THE ADDRESSEE IN A SEALED CONFIDENTIAL ENVELOPE. IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISSEMINATION, DISTRIBUTION OR COPYING IS STRICTLY PROHIBITED. IF YOU RECEIVED THIS FACSIMILE IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO FARELLA BRAUN + MARTEL LLP VIA THE U.S. POSTAL SERVICE AT OUR EXPENSE. THANK YOU.

19082\1077969.1

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUPONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ELLEN A. EFROS, *et al.*, <br><br> Defendants. | Case No. 1:06-CV-00142-HHK |

### INITIAL DISCLOSURES OF COUPONS, INC.

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Coupons, Inc. ("Coupons") makes the following disclosures.

### PRELIMINARY STATEMENT

While Plaintiff has made efforts reasonable under the circumstances to identify and locate witnesses, responsive documents and information, Plaintiff has not completed their investigation of the facts, witnesses or documents relating to this case. Accordingly, the following disclosures are made without waiving Plaintiff's right to supplement these disclosures to include information that has been omitted through inadvertence or good-faith oversight.

A.  **Individuals Likely To Have Discoverable Information That Plaintiff May Use To Support Its Claims (FRCP 26(a)(1)(A)).**

1.  Mr. Jeffrey Weitzman. Potential subjects of testimony: the defense of the Black Diamond Litigation, Coupons' insurance coverage claim, and Coupons' arbitration against Indian Harbor. Mr. Weitzman may be contacted through counsel for Plaintiffs, Farella Braun + Martel LLP, 235 Montgomery Street, San Francisco, California, 94104, (415) 954-4400.

2.  Mr. Steven Boal. Potential subjects of testimony: advice given to

19082\1076331.1                         1

Coupons regarding patent issues, the defense of the Black Diamond Litigation, Coupons' insurance coverage claim, and Coupons' arbitration against Indian Harbor. Mr. Boal may be contacted through counsel for Plaintiffs, Farella Braun + Martel LLP, 235 Montgomery Street, San Francisco, California, 94104, (415) 954-4400.

 3. Mr. Frank Serafin. Potential subjects of testimony: Coupons' purchase of patent infringement insurance coverage and submission of the Black Diamond claim to Indian Harbor. Mr. Serafin may be contacted through his counsel, Tim Mahota, Integral Development Corporation, 2027 Stierlin Court Mountain View, CA 94043, (650) 919-1111.

 4. Ms. Susan McDarby. Potential subjects of testimony: Coupons' purchase of patent infringement insurance coverage and submission of the Black Diamond claim to Indian Harbor. Ms. McDarby may be contacted through counsel for Marsh Advantage America, Denis Shanagher, Luce, Forward, Hamilton & Scripps LLP, Rincon Center II, 121 Spear Street, Suite 200, San Francisco, CA 94105-1582, (415) 356-4626.

 5. Mr. Gregory Franc. Potential subjects of testimony: Coupons' purchase of patent infringement insurance coverage and submission of the Black Diamond claim to Indian Harbor. Mr. Franc may be contacted through counsel for Crump E&S of San Francisco Insurance Services, Denis Shanagher, Luce, Forward, Hamilton & Scripps LLP, Rincon Center II, 121 Spear Street, Suite 200, San Francisco, CA 94105-1582, (415) 356-4626.

 6. Mr. Frederick Paonessa. Potential subjects of testimony: Coupons' purchase of patent infringement insurance coverage and submission of the Black Diamond claim to Indian Harbor. Mr. Paonessa may be contacted through counsel for Crump E&S of San Francisco Insurance Services, Denis Shanagher, Luce, Forward, Hamilton & Scripps LLP, Rincon Center II, 121 Spear Street, Suite 200, San Francisco, CA 94105-1582, (415) 356-4626.

 7. Mr. Michael Reever. Potential subjects of testimony: Coupons' purchase

of patent infringement insurance coverage and submission of the Black Diamond claim to Indian Harbor. Mr. Reever may be contacted through counsel for Marsh Advantage America, Denis Shanagher, Luce, Forward, Hamilton & Scripps LLP, Rincon Center II, 121 Spear Street, Suite 200, San Francisco, CA 94105-1582, (415) 356-4626.

8. Ms. Robin Fletcher. Potential subjects of testimony: Coupons' purchase of patent infringement insurance coverage and submission of the Black Diamond claim to Indian Harbor. Ms. Fletcher may be contacted through counsel for Indian Harbor Insurance Company, Donald Carley, Sonnenschein Nath & Rosenthal LLP, 525 Market Street, 26th Floor, San Francisco, CA 94105, (415) 882-5000.

9. Mr. Robert Fletcher. Potential subjects of testimony: Coupons' purchase of patent infringement insurance coverage and submission of the Black Diamond claim to Indian Harbor. Mr. Fletcher may be contacted through counsel for Indian Harbor Insurance Company, Donald Carley, Sonnenschein Nath & Rosenthal LLP, 525 Market Street, 26th Floor, San Francisco, CA 94105, (415) 882-5000.

10. Mr. Charles Baxter. Potential subjects of testimony: Coupons' purchase of patent infringement insurance coverage and submission of the Black Diamond claim to Indian Harbor. Mr. Baxter may be contacted through counsel for Indian Harbor Insurance Company, Donald Carley, Sonnenschein Nath & Rosenthal LLP, 525 Market Street, 26th Floor, San Francisco, CA 94105, (415) 882-5000.

11. Mr. Erik Wiesenhahn. Potential subjects of testimony: Coupons' purchase of patent insurance coverage and submission of the Black Diamond claim to Indian Harbor. Mr. Wiesenhahn may be contacted through counsel for Indian Harbor Insurance Company, Donald Carley, Sonnenschein Nath & Rosenthal LLP, 525 Market Street, 26th Floor, San Francisco, CA 94105, (415) 882-5000.

12. Mr. Edward Walsh. Potential subjects of testimony: Coupons' purchase of patent infringement insurance coverage and submission of the Black Diamond claim to Indian Harbor. Mr. Walsh may be contacted through counsel for Indian Harbor

Insurance Company, Donald Carley, Sonnenschein Nath & Rosenthal LLP, 525 Market Street, 26th Floor, San Francisco, CA 94105, (415) 882-5000.

13. Ms. Ellen Efros. Potential subjects of testimony: Coupons' defense in the Black Diamond Litigation and the advice rendered to Coupons related to its insurance policies. Ms. Efros may be contacted through her counsel, Sedgwick, Detert, Moran & Arnold, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, CA 94105, (415) 781-7900.

14. Mr. Ronald Kananen. Potential subjects of testimony: Coupons' defense in the Black Diamond Litigation, the advice rendered to Coupons related to its insurance policies, and advice rendered to Coupons regarding patent issues. Mr. Kananen may be contacted through his counsel, Sedgwick, Detert, Moran & Arnold, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, CA 94105, (415) 781-7900.

**B.  Relevant Categories and Location Of Documents In Plaintiffs' Control (FRCP 26(a)(1)(B)).**

Plaintiff has already made available to Defendants non-confidential pleadings, orders and deposition transcripts from the arbitration between Coupons and Indian Harbor Insurance Company. The additional categories of documents in Plaintiffs' control that are relevant to this action include, but are not limited, to, the following: (1) Coupons' internal documents related to its insurance coverage; (2) Documents produced by Indian Harbor Insurance Coverage during the course of its arbitration with Coupons; (3) Documents produced by Marsh Advantage America and Crump E&S of San Francisco Insurance Services during the course of Coupons' arbitration with Indian Harbor Insurance Company. These documents are located at Farella, Braun & Martel, LLP in San Francisco, California.

Plaintiff believes that additional documents supporting its position are within the possession and control of Defendants and/or third parties.

C.  **Computation of Damages.**

Plaintiff has suffered damages in the following (approximate) amounts:

(1) $1.4 million in legal fees and costs to prosecute its arbitration against Indian Harbor Insurance Company;

(2) $2.8 million in insured attorneys fees and costs and settlement amounts expended by Coupons in the defense of the Black Diamond Litigation;

(3) $1.3 million in consequential damages equal to the present value of the portion of Coupons' business that it sold to fund the fees, costs and settlements payments listed in items (1) and (2).

D.  **Insurance Agreements.**

Plaintiff believes that copies of any applicable insuring agreements are in the possession, custody and control of Defendant.

E.  **Certification**

Pursuant to Rule 26(g)(1) of the Federal Rules of Civil Procedure, I certify that, to the best of my knowledge, information and belief, formed after an inquiry that is reasonable under the circumstances, this disclosure is complete and correct as of the time it is made.

Date: October 5, 2006            Respectfully submitted,

                                 _____/s/_____
                                 Neil A. Goteiner (appearing *pro hac vice*)
                                 Farella, Braun & Martel, LLP
                                 235 Montgomery St.
                                 San Francisco, CA 94104
                                 (415) 954-4400 (Tel.)
                                 (415) 954 4480 (Fax)

# PROOF OF SERVICE

I, the undersigned, declare as follows. I am employed in the County of San Francisco where this service occurred. I am over the age of eighteen years and not a party to this action. My business address is 235 Montgomery Street, 30th Floor, San Francisco, California. On the date below I served true copies of the document(s) listed below:

**INITIAL DISCLOSURES OF COUPONS, INC.**

☒ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below on June 6, 2005.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐ by transmitting the documents to a messenger service who will personally deliver the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by emailing the documents (s) listed above to the person(s) at the address(es) set forth below.

Mark Hancock
Sedgwick, Detert, Moran & Arnold
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
Fax: (415) 781-2635

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in San Francisco, California on October 6, 2006.

*Angelica V. Dugan*
Angelica V. Dugan

19082\942713.1

PROOF OF SERVICE