Coupons, Inc. v. Ellen A. Efros, et al.
USDC, District of Columbia, 1:06-CV-00142 HHK

DECLARATION OF MARK J. HANCOCK IN SUPPORT OF DEFENDANTS'
MOTION TO COMPEL

# EXHIBIT I

# FARELLA BRAUN + MARTEL LLP

Attorneys At Law

Russ Building / 235 Montgomery Street
San Francisco / CA 94104

T 415.954.4400 / F 415.954.4480
www.fbm.com

**DENNIS M. CUSACK**
dcusack@fbm.com
D 415.954.4475

December 15, 2006

*By Hand Delivery*

Erik R. Seidlitz
Sedgwick Detert Moran & Arnold LLP
1 Market Plaza
Steuart Street Tower, 8th Floor
San Francisco, CA 94105

      Re:    Coupons Inc. v. Efros et al.

Dear Mr. Seidlitz:

      Enclosed is a CD containing documents responsive to your Requests Nos. 69 and 70. The documents are those collected from the Foley firm.

      We had previously objected to production of correspondence and emails relating to settlement communications between Coupons and Black Diamond. In response to your meet and confer letter, we have reconsidered our position and will agree to produce these settlement communications, subject to our continuing objections to the relevance of these communications, and as to their admissibility at trial. We will produce to you shortly the communications between and among Coupons, Rader and Black Diamond regarding settlement communications, which we had previously withheld. (Those from Foley are on this CD.)

      Your December 1, 2006 letter asserts that the waiver of privilege as between Coupons and Rader as a result of the malpractice action also waives the privilege as between Coupons and its successor counsel, Foley & Lardner. You cite Rutgard v. Haynes, 185 F.R.D. 596, 599 (D. Cal. 1999), for this proposition. On this point, you are wrong. Schlumberger Ltd. v. Superior Court, 115 Cal. App. 3d 386 (1981), held that in an attorney malpractice case the privilege is not waived as to successor counsel. Moreover, Coupons has not put communications between Coupons and Foley at issue. We therefore continue to assert the privilege as between Coupons and Foley.



Erik R. Seidlitz
December 15, 2006
Page 2


    Finally, we have located an email responsive to your Request for Production No. 58 and it is attached.

Very truly yours,

Dennis M. Cusack

DMC:wp

19082\1135862.1