Coupons, Inc. v. Ellen A. Efros, et al.
USDC, District of Columbia, 1:06-CV-00142 HHK

DECLARATION OF MARK J. HANCOCK IN SUPPORT OF DEFENDANTS'
MOTION TO COMPEL

# EXHIBIT L

## Seidlitz, Erik

| | |
|---|---|
| **From:** | NGoteiner@fbm.com |
| **Sent:** | Tuesday, December 26, 2006 5:12 PM |
| **To:** | erik.seidlitz@sdma.com |
| **Cc:** | DCusack@fbm.com; mark.hancock@sdma.com; steven.wasserman@sdma.com; stephanie.sheridan@sdma.com; jtycko@tzlegal.com |
| **Subject:** | RE: Coupons / Plaintiff's Resp. to RFPs and the AC privilege |

Dennis is out of the office on vacation and I don't want to repeat his research or speak for him. I would, however, independently offer this for us to talk about in his absence. Malpractice defendant lawyers will sometimes challenge the underlying settlement as too low and thereby put in issue whether the client sufficiently mitigated its losses so as to be able to proceed against the lawyer for a specific amount of damages. Otherwise the reasonableness of the underlying settlement is not in issue and there is no reason to carve out an exception to the AC privilege and work product doctrine. Rader of course is judicially estopped to make this argument since Rader has asserted that the arbitration and the settlement was a success since the $3 million settlement was a happy event. And of course, Rader never objected to the settlement and never suggested that Coupons should obtain more. Thus, the communications Rader seeks are irrelevant, are a breach of the AC privilege and work product doctrine, and are outside the narrow exception which Rader has foregone. We can discuss this when you and Mark are prepared to respond to my outstanding questions.

> -----Original Message-----
> **From:** Seidlitz, Erik [mailto:erik.seidlitz@sdma.com]
> **Sent:** Tuesday, December 26, 2006 11:53 AM
> **To:** Goteiner, Neil (24) x4485
> **Cc:** Cusack, Dennis (27) x4475; Hancock, Mark; Wasserman, Steven; Sheridan, Stephanie; 'jtycko@tzlegal.com'
> **Subject:** Coupons / Plaintiff's Resp. to RFPs
>
> Neil -
>
> I understand Dennis Cusack is out of the office until next week so I am directing the attached correspondence to your attention. Please provide a response to the letter by December 29, 2006, in lieu of the December 27 date provided for in the letter.
>
> Thank you,
>
> **Erik R. Seidlitz**
> Attorney at Law
> **SEDGWICK, DETERT, MORAN & ARNOLD LLP**
> One Market Plaza
> Steuart Tower, 8th Floor
> San Francisco, California 94105
> Direct: 415.627.1579
> Main: 415.781.7900
> Fax: 415.781.2635
> erik.seidlitz@sdma.com
> www.sdma.com
>
>
> The information in this email is intended for the named
> recipients only.  It may contain privileged and confidential

1/22/2007

matter. If you have received this email in error, please
notify the sender immediately by replying to this email.
Do not disclose the contents to anyone. Thank you.

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance
with Treasury Department regulations, we inform you that
any U.S. federal tax advice contained in this correspondence
(including any attachments) is not intended to be used, and
cannot be used, for the purpose of (i) avoiding penalties that
may be imposed under the U.S. Internal Revenue Code or
(ii) promoting, marketing or recommending to another party
any transaction or matter addressed herein.

This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

Farella Braun + Martel LLP

1/22/2007