Coupons, Inc. v. Ellen A. Efros, et al.
USDC, District of Columbia, 1:06-CV-00142 HHK

DECLARATION OF MARK J. HANCOCK IN SUPPORT OF DEFENDANTS'
MOTION TO COMPEL

# EXHIBIT M

## Seidlitz, Erik

| | |
|---|---|
| **From:** | Seidlitz, Erik |
| **Sent:** | Thursday, December 28, 2006 9:26 AM |
| **To:** | 'NGoteiner@fbm.com' |
| **Cc:** | 'DCusack@fbm.com'; Hancock, Mark; Wasserman, Steven; Sheridan, Stephanie; 'jtycko@tzlegal.com' |
| **Subject:** | RE: Coupons / Plaintiff's Resp. to RFPs and the AC privilege |

Neil -

Your December 26, 2006 email only addresses one issue raised in our December 19, 2006 letter, and the point you make about the arbitration settlement does not relate to the particular document request at issue.

Plaintiff is seeking to recover the cost of the settlement monies paid in the Black Diamond litigation. Thus, the reasonableness of that amount, and whether it should have been paid at all, are relevant to the issue of damages. This is exactly the same situation as in *Rutgard* where the court found that the attorney-client privilege and work-product doctrine had been waived. The request which is the subject of our meet and confer letter pertains to the settlement in the Black Diamond litigation. Thus, your comments about the settlement in the arbitration are irrelevant. Also, there has been no "judicial estoppel" of any sort--Rader did not have any opportunity to object to any settlement entered into by Coupons.

Please provide a complete response to all issues raised in our December 19, 2006 letter by December 29, 2006.

Thank you,


**Erik R. Seidlitz**
Attorney at Law
**SEDGWICK, DETERT, MORAN & ARNOLD LLP**
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Direct: 415.627.1579
Main: 415.781.7900
Fax: 415.781.2635
erik.seidlitz@sdma.com
www.sdma.com

-----Original Message-----
**From:** NGoteiner@fbm.com [mailto:NGoteiner@fbm.com]
**Sent:** Tuesday, December 26, 2006 5:12 PM
**To:** erik.seidlitz@sdma.com
**Cc:** DCusack@fbm.com; mark.hancock@sdma.com; steven.wasserman@sdma.com; stephanie.sheridan@sdma.com; jtycko@tzlegal.com
**Subject:** RE: Coupons / Plaintiff's Resp. to RFPs and the AC privilege

Dennis is out of the office on vacation and I don't want to repeat his research or speak for him. I would, however, independently offer this for us to talk about in his absence. Malpractice defendant lawyers will sometimes challenge the underlying settlement as too low and thereby put in issue whether the client sufficiently mitigated its losses so as to be able to proceed against the lawyer for a specific amount of damages. Otherwise the reasonableness of the underlying settlement is not in issue and there is no reason to carve out an exception to the AC privilege and work product doctrine. Rader of course is judicially estopped to make this argument since Rader has asserted that the arbitration and the settlement was a success since the $3 million settlement was a happy event. And of course, Rader never objected to the settlement and never suggested that Coupons should

obtain more. Thus, the communications Rader seeks are irrelevant, are a breach of the AC privilege and work product doctrine, and are outside the narrow exception which Rader has foregone. We can discuss this when you and Mark are prepared to respond to my outstanding questions.

>     -----Original Message-----
>     **From:** Seidlitz, Erik [mailto:erik.seidlitz@sdma.com]
>     **Sent:** Tuesday, December 26, 2006 11:53 AM
>     **To:** Gotelner, Neil (24) x4485
>     **Cc:** Cusack, Dennis (27) x4475; Hancock, Mark; Wasserman, Steven; Sheridan, Stephanie; 'jtycko@tzlegal.com'
>     **Subject:** Coupons / Plaintiff's Resp. to RFPs
>
> Neil -
>
> I understand Dennis Cusack is out of the office until next week so I am directing the attached correspondence to your attention. Please provide a response to the letter by December 29, 2006, in lieu of the December 27 date provided for in the letter.
>
> Thank you,
>
>
> **Erik R. Seidlitz**
> Attorney at Law
> **SEDGWICK, DETERT, MORAN & ARNOLD LLP**
> One Market Plaza
> Steuart Tower, 8th Floor
> San Francisco, California 94105
> Direct: 415.627.1579
> Main: 415.781.7900
> Fax: 415.781.2635
> erik.seidlitz@sdma.com
> www.sdma.com
>
> ---
>
> ```
> The information in this email is intended for the named
> recipients only.  It may contain privileged and confidential
> matter.  If you have received this email in error, please
> notify the sender immediately by replying to this email.
> Do not disclose the contents to anyone.  Thank you.
>
> IRS CIRCULAR 230 DISCLOSURE: To ensure compliance
> with Treasury Department regulations, we inform you that
> any U.S. federal tax advice contained in this correspondence
> (including any attachments) is not intended to be used, and
> cannot be used, for the purpose of (i) avoiding penalties that
> may be imposed under the U.S. Internal Revenue Code or
> (ii) promoting, marketing or recommending to another party
> any transaction or matter addressed herein.
> ```
>
> ---

This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

1/22/2007

Farella Braun + Martel LLP

1/22/2007