UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUPONS, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>ELLEN A. EFROS, et al.,<br><br>　　　　　　Defendants. | Civil Action 06-00142 (HHK) |

ORDER OF REFERENCE TO
UNITED STATES MAGISTRATE JUDGE JOHN FACCIOLA

　　It is this 29th day of January, 2007, hereby

　　**ORDERED** that defendants' motion to compel [#45] is referred to United States Magistrate Judge John Facciola for his determination pursuant to LCvR 72.2(a); and it is further

　　**ORDERED** that the above-captioned action be and is hereby referred to United States Magistrate Judge John Facciola for the resolution of all further discovery disputes.  Henceforth, and until this referral is terminated, all filings in this case shall include the initials of the assigned Magistrate Judge, "JMF," in the caption next to the initials of the undersigned Judge.  *See* LCvR 5.1(f).

　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge