THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COUPONS, INC.**,<br><br>       Plaintiff,<br><br>v.<br><br>**ELLEN A. EFROS**, *et al.*,<br><br>       Defendants. | Case No. 1:06-CV-00142-HHK |

**PLAINTIFF'S CONSENT MOTION
FOR AN ENLARGEMENT OF TIME TO RESPOND
TO DEFENDANTS' MOTIONS AND TO EXTEND PRETRIAL DEADLINES
PENDING OUTCOME OF SETTLEMENT DISCUSSIONS**

COMES NOW, Plaintiff Coupons, Inc., by and through its undersigned counsel, and hereby files this Consent Motion to enlarge the time by two weeks to respond to Defendants' four pending motions, and to extend by four weeks the pretrial deadlines set forth in the Court's October 10, 2006 Scheduling Order, and in support thereof states the following:

1.      On January 18, 2007, Defendants filed two motions: (1) for Sanctions; and (2) for Leave to File First Amended Answer. Accordingly, Plaintiff's Opposing Points and Authorities are currently due on February 1, 2007.

2.      On January 25, 2007, Defendants filed two more motions: (3) for Summary Judgment on Grounds of Subrogation; and (4) to Compel.  Accordingly, Plaintiff's Opposing Points and Authorities are currently due on February 8, 2007.

3.      On October 10, 2006, the Court issued its Scheduling Order, setting forth the following pretrial deadlines:

        Completion of fact discovery                February 16, 2007

| | |
|---|---|
| Service of expert reports | March 16, 2007 |
| Service of expert rebuttal reports | April 2, 2007 |
| Completion of expert discovery | April 16, 2007 |
| Filing of dispositive motions | April 16, 2007 |

3. Throughout the month of January, Plaintiff and Defendants engaged in settlement discussions. On January 29, 2007, Plaintiff made a further settlement demand and Defendants requested time to respond. Plaintiff and Defendants thereupon agreed to postpone pending discovery and motion practice while the parties further considered settlement.

4. Plaintiff's counsel has contacted Defendants' counsel and Defendants have consented to the granting of the instant Motion.

WHEREFORE, Plaintiff respectfully requests that the Court enlarge the time for it to oppose Defendants' four pending motions by two weeks, and to extend by four weeks the deadlines set forth in the Court's Scheduling Order.

Date: February 7, 2007                    FARELLA BRAUN + MARTEL LLP


By: _____/s/_____
    Dennis M. Cusack

Neil A. Goteiner (appearing *pro hac vice*)
Dennis M. Cusack
Farella Braun + Martel LLP
235 Montgomery Street, 18th Flr.
San Francisco, CA 94103

Daniel E. Farrington (#471403)
The Farrington Law Firm, LLC
4550 Montgomery Avenue
Suite 775 North
Bethesda, MD 20814
(301) 951-1538 (Tel.)
(301) 951-1544 (Fax)

Attorneys for Plaintiff COUPONS, INC.