THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**COUPONS, INC.**,

        Plaintiff,

v.

**ELLEN A. EFROS**, *et al.*,

        Defendants.

Case No. 1:06-CV-00142-HHK

**[PROPOSED] ORDER RE ENLARGEMENT OF TIME TO RESPOND
TO MOTIONS AND TO EXTEND PRETRIAL DEADLINES**

Upon consideration of Plaintiff's Consent Motion to Enlarge Time to Respond to Defendants' Motions and to Extend Pretrial Deadlines, it is on this ___ day of February 2007 ORDERED that:

1.    The Motion is GRANTED; and

2.    Plaintiff shall respond to Defendant's Motions for Sanctions, and for Leave to File Amended Answer, on or before February 15, 2007; and

3.    Plaintiff shall respond to Defendant's Motions for Summary Judgment on Grounds of Subrogation, and to Compel, on or before February 22, 2007; and

4.    The pretrial deadlines set forth in the Court's prior Scheduling Order shall be amended as follows:

| | |
|---|---|
| Completion of fact discovery | March 16, 2007 |
| Service of expert reports | April 13, 2007 |
| Service of expert rebuttal reports | April 30, 2007 |
| Completion of expert discovery | May 14, 2007 |
| Filing of dispositive motions | May 14, 2007 |

_____
United States District Judge