THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COUPONS, INC.**,<br><br>    Plaintiff,<br><br>v.<br><br>**ELLEN A. EFROS**, *et al.*,<br><br>    Defendants. | Case No. 1:06-CV-00142-HHK |

**PLAINTIFF'S SUPPLEMENTAL CONSENT MOTION
FOR AN ADDITIONAL ENLARGEMENT OF TIME TO RESPOND
TO DEFENDANTS' MOTIONS AND TO EXTEND PRETRIAL DEADLINES
PENDING OUTCOME OF SETTLEMENT DISCUSSIONS**

COMES NOW, Plaintiff Coupons, Inc., by and through its undersigned counsel, and hereby files this Consent Motion to enlarge the time to respond to Defendants' four pending motions, and to extend the pretrial deadlines, originally set forth in the Court's October 10, 2006 Scheduling Order, and modified by the Court's Order re Consent Motion on February 15, 2007 ("Consent Order"), and in support thereof states the following:

1.      On January 18, 2007, Defendants filed two motions: (1) for Sanctions; and (2) for Leave to File First Amended Answer. Accordingly, Plaintiff's Opposing Points and Authorities were originally due on February 1, 2007, but the deadlines were extended to February 15, 2007 pursuant to the Court's Consent Order.

2.      On January 25, 2007, Defendants filed two more motions: (3) for Summary Judgment on Grounds of Subrogation; and (4) to Compel.  Accordingly, Plaintiff's Opposing Points and Authorities were originally due on February 8, 2007, but the deadlines were extended to February 22, 2007 pursuant to the Court's Consent Order.

3.      On October 10, 2006, the Court issued its Scheduling Order, setting forth the pretrial deadlines, which were modified by the Court's Consent Order as follows:

| | |
|---|---|
| Completion of fact discovery | March 16, 2007 |
| Service of expert reports | April 13, 2007 |
| Service of expert rebuttal reports | April 30, 2007 |
| Completion of expert discovery | May 14, 2007 |
| Filing of dispositive motions | May 14, 2007 |

4.      On February 20, the parties reached a settlement in principle, subject to clarification of release language and documentation. The parties expect to resolve these issues shortly.

5.      Plaintiff's counsel has contacted Defendants' counsel and Defendants have consented to the granting of the instant Motion.

WHEREFORE, Plaintiff respectfully requests that the Court enlarge the time for it to oppose Defendants' four pending motions by ten weeks (to April 26 and May 3, 2007), and to extend by eight weeks the pretrial deadlines set forth in the Court's Consent Order.

| | |
|---|---|
| Date: March 13, 2007 | FARELLA BRAUN + MARTEL LLP |

By:    /s/

Neil A. Goteiner (admitted *pro hac vice*)
Dennis M. Cusack
Farella Braun + Martel LLP
235 Montgomery Street, 18th Flr.
San Francisco, CA 94103

Daniel E. Farrington (#471403)
The Farrington Law Firm, LLC
4550 Montgomery Avenue
Suite 775 North
Bethesda, MD 20814
(301) 951-1538 (Tel.)
(301) 951-1544 (Fax)

Attorneys for Plaintiff COUPONS, INC.