THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COUPONS, INC.**,<br><br>        Plaintiff,<br><br>v.<br><br>**ELLEN A. EFROS**, *et al.*,<br><br>        Defendants. | Case No. 1:06-CV-00142-HHK |

**[PROPOSED] ORDER RE ENLARGEMENT OF TIME
TO RESPOND TO MOTIONS AND TO EXTEND PRETRIAL DEADLINES**

Upon consideration of Plaintiff's Supplemental Consent Motion to Enlarge Time to Respond to Defendants' Motions and to Extend Pretrial Deadlines, it is on this ___ day of March 2007 ORDERED that:

1.    The Motion is GRANTED; and

2.    Plaintiff shall respond to Defendant's Motions for Sanctions, and for Leave to File Amended Answer, on or before April 26, 2007; and

3.    Plaintiff shall respond to Defendant's Motions for Summary Judgment on Grounds of Subrogation, and to Compel, on or before May 3, 2007; and

4.    The pretrial deadlines set forth in the Court's February 15, 2007 Consent Order shall be amended as follows:

| | |
|---|---|
| Completion of fact discovery | May 11, 2007 |
| Service of expert reports | June 8, 2007 |
| Service of expert rebuttal reports | June 25, 2007 |
| Completion of expert discovery | July 8, 2007 |
| Filing of dispositive motions | July 8, 2007 |

2

                                                        _____
                                                         United States District Judge