THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COUPONS, INC.**,<br><br>            Plaintiff,<br><br>      v.<br><br>**ELLEN A. EFROS**, *et al.*,<br><br>            Defendants. | Case No. 1:06-CV-00142-HHK<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL** |

PLEASE TAKE NOTICE that Louise Warren, formerly of Farella Braun & Martel LLP, 235 Montgomery Street, 17th Floor, San Francisco, CA 94104, is no longer associated with this matter and all future communication should be directed to Neil A. Goteiner and Dennis M. Cusack.

Date:  March 15, 2006                           FARELLA BRAUN + MARTEL LLP

                                                By:_____/s/_____
                                                        Neil A. Goteiner

                                                Neil A. Goteiner
                                                Dennis M. Cusack
                                                Farella Braun + Martel LLP
                                                235 Montgomery Street, 18th Flr.
                                                San Francisco, CA 94103

                                                Daniel E. Farrington
                                                Attorney at Law
                                                The Farrington Law Firm
                                                4550 Montgomery Avenue, Suite 775
                                                North Bethesda, MA  20814

                                                Attorneys for Plaintiff COUPONS, INC.

2