THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COUPONS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:06-CV-00142-HHK |
| | ) |
| ELLEN A. EFROS, et al., | ) |
| | ) |
| Defendants | ) |
| | ) |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a), this action (including all claims and counterclaims) is hereby dismissed with prejudice, with all parties to bear their own costs.

[signatures on following page]

Respectfully submitted,

*(signature)*

Neil A. Goteiner
Dennis M. Cusack
FARELLA BRAUN + MARTEL LLP
235 Montgomery St.
San Francisco, CA 94104
(415) 954-4485


_____
Daniel E. Farrington
 D.C. Bar No. 471403
THE FARRINGTON LAW FIRM, LLC
4550 Montgomery Ave.
Suite 775 North
Bethesda, MD 20814
(301) 951-1538

*Attorneys for Plaintiff Coupons, Inc.*

_____
Steven D. Wasserman
Mark J. Hancock
SEDGWICK, DETERT, MORAN & ARNOLD LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
(415) 781-7900

*Attorneys for Defendants Ellen A. Efros, Esq., Ronald P. Kananen, Esq., and Rader, Fishman & Grauer, PLLC*


_____
Jonathan K. Tycko
 D.C. Bar No. 445851
TYCKO & ZAVAREEI LLP
2000 L Street, N.W., Suite 808
Washington, D.C. 20036
(202) 973-0900

*Attorneys for Defendants Ellen A. Efros, Esq., Ronald P. Kananen, Esq., and Rader, Fishman & Grauer, PLLC, and for Counterclaim-Plaintiff Rader, Fishman & Grauer, PLLC*

Respectfully submitted,

*[signature]*
Neil A. Goteiner
Dennis M. Cusack
FARELLA BRAUN + MARTEL LLP
235 Montgomery St.
San Francisco, CA 94104
(415) 954-4485

---

Daniel E. Farrington
 D.C. Bar No. 471403
THE FARRINGTON LAW FIRM, LLC
4550 Montgomery Ave.
Suite 775 North
Bethesda, MD 20814
(301) 951-1538

*Attorneys for Plaintiff Coupons, Inc.*

*[signature]*
Steven D. Wasserman
Mark J. Hancock
SEDGWICK, DETERT, MORAN & ARNOLD LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
(415) 781-7900

*Attorneys for Defendants Ellen A. Efros, Esq., Ronald P. Kananen, Esq., and Rader, Fishman & Grauer, PLLC*

*[signature]*
Jonathan K. Tycko
 D.C. Bar No. 445851
TYCKO & ZAVAREEI LLP
2000 L Street, N.W., Suite 808
Washington, D.C. 20036
(202) 973-0900

*Attorneys for Defendants Ellen A. Efros, Esq., Ronald P. Kananen, Esq., and Rader, Fishman & Grauer, PLLC, and for Counterclaim-Plaintiff Rader, Fishman & Grauer, PLLC*

Respectfully submitted,

*[signature]*

Neil A. Goteiner
Dennis M. Cusack
FARELLA BRAUN + MARTEL LLP
235 Montgomery St.
San Francisco, CA 94104
(415) 954-4485

*[signature]*

Daniel E. Farrington
 D.C. Bar No. 471403
THE FARRINGTON LAW FIRM, LLC
4550 Montgomery Ave.
Suite 775 North
Bethesda, MD 20814
(301) 951-1538

*Attorneys for Plaintiff Coupons, Inc.*

Steven D. Wasserman
Mark J. Hancock
SEDGWICK, DETERT, MORAN & ARNOLD LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
(415) 781-7900

*Attorneys for Defendants Ellen A. Efros, Esq., Ronald P. Kananen, Esq., and Rader, Fishman & Grauer, PLLC*

Jonathan K. Tycko
 D.C. Bar No. 445851
TYCKO & ZAVAREEI LLP
2000 L Street, N.W., Suite 808
Washington, D.C. 20036
(202) 973-0900

*Attorneys for Defendants Ellen A. Efros, Esq., Ronald P. Kananen, Esq., and Rader, Fishman & Grauer, PLLC, and for Counterclaim-Plaintiff Rader, Fishman & Grauer, PLLC*